UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Patricia Jorgensen et al.

      v.                        Civil No. 24-cv-20-LM-AJ

NH Secretary of State et al.


O R D E R

Plaintiffs' "Emergency Motion for Injunctive Relief" (doc. no. 2) is denied without prejudice. Liberally construed as a motion seeking a Temporary Restraining Order ("TRO"), the motion fails to meet the requirements set forth in Federal Rule of Civil Procedure 65(b).  Rule 65(b)(1)(B) requires a party seeking a TRO to assert "specific facts in an affidavit or verified complaint" which "clearly show that immediate and irreparable injury, loss, or damage will result" before the defendants can be heard in opposition to his request, Fed. R. Civ P. 65(b)(1)(A), and to "certif[y] in writing any efforts made to give notice and the reasons why [notice] should not be required," Fed. R. Civ. P. 65(b)(1)(B). The plaintiffs have not satisfied Rule 65(b)(1). "The requirements of Rule 65(b)(1) are not mere technicalities but establish minimum due process. Thus, to obtain ex parte relief, a party must strictly comply with those requirements." Strahan v. O'Reilly, No. 22-cv-52-LM, 2022 WL 788623, at *1 (D.N.H. Feb. 16, 2022) (quotation and brackets omitted), R&R

adopted, 2022 WL 788258, at *1 (D.N.H. Mar. 14, 2022). Accordingly, doc. no. 2 is

denied without prejudice.

       SO ORDERED.

                                _____
                                Landya McCafferty
                                United States District Judge

January 22, 2024

cc:    Karen Testerman, pro se
       David Testerman, pro se
       Nikki McCafter, pro se
       Karen Testerman, pro se