AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-cv-00020

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **David Scanlan Secretary of State**

was received by me on *(date)*  1/22/2024  .

☑ I personally served the summons on the individual at *(place)*  Secretary of State Office

on *(date)*  1/22/2024  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify):*

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

Nicholas Robinson  PI
Printed name and title

356 Douglas Street Manchester NH
Server's address

Additional information regarding attempted service, etc: