UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MERRIMACK COUNTY REPUBLICAN COMMITTEE<br>KAREN TESTERMAN<br>PATRICIA JORGENSEN<br>DAVID TESTERMAN; and<br>NIKKI MCCARTER<br><br>            Plaintiffs<br><br>   v.<br><br>DAVID SCANLAN, SECRETARY OF STATE FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE<br><br>            Defendants | Case No. 1:24-cv-00020-LM-AJ |

## CHRIS AGER AND NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE'S JOINDER IN SECRETARY OF STATE'S MOTION TO DISMISS

Defendants Chris Ager and the New Hampshire Republican State Committee, (jointly, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby join in the New Hampshire Secretary of State's motion to dismiss the plaintiffs' complaint. *See* Doc. No. 11.

1

                                                Respectfully submitted,

                                                CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: February 2, 2024                   /s/ Jacob M. Rhodes
                                                Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile:  (603) 224-6457

<u>CERTIFICATE OF SERVICE</u>[1]

      I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

David Testerman (dave@sanbornhall.net)
9 Stone Avenue
Franklin, NH 03235

Nikki McCarter (nikki.mccarter@leg.state.nh.us)
107 North Main Street
Concord, NH 03301

Patricia Jorgensen (yellaboat@aol.com)
26 Twin Bridge Road
Northfield, NH 03276

Date:  February 2, 2024                /s/ Jacob M. Rhodes
                                                Jacob M. Rhodes, Esq.

---

[1] Plaintiff McCarter's address in the Complaint includes a zip code of 03235. The zip code for the address listed is 03301. As this is likely a typographical error, the NHRSC will send the within document to the address with the correct zip code for 107 North Main Street, Concord, NH 03301. Plaintiff Jorgensen's address did not include a zip code. Upon information and belief, the correct zip code is 03276.