Begin forwarded message:

**From:** Robert Jorgensen <yellaboat@aol.com>
**Date:** January 26, 2024 at 4:49:55 PM EST
**To:** Bryan Gould <gouldb@cwbpa.com>, brendan.a.odonell@doj.nh.gov
**Cc:** David Testerman <dave@sanbornhall.net>, nikki.McCarter@leg.state.nh.us, Karen Testerman <karen@karentesterman.com>
**Subject: Merrimack County Republican Voters, et al v. Chris Ager and David Scanlon 24-cv-00020**

Dear Attorneys Gould and O'Donnell,

Please forgive the tardiness of these electronic documents.
I left a courtesy copy to for both Mr.Ager at 10 Water Street and Mr. Scanlan at the Secretary of State office in the State House.
As you are aware this has been a very busy week and so the delay in actually sending them to you.

Thank you for your understanding,

Patricia Jorgensen
Vice Chairman,
Merrimack County Republican Committee