FILED - USDC -NH
2024 FEB 2 AM 9:21

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Jorgensen, *pro se*, et. al.

*Plaintiffs*

*Vs*

**DAVID SCANLAN**

**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No. 1:24-cv-00020 LM - AJ*

# NOTICE: DEMAND FOR CORRECTION OF DOCKET ENTRY

Now comes Plaintiff, Karen Testerman, "plaintiff Testerman" *pro se*, individually and as "Plaintiffs" hereby provide notice that the court has made a clerical error in the electronic PACER docket   The plaintiffs are not suing the New Hampshire Republican State Committee of which plaintiffs Patricia Jorgensen, *pro se*, David Testerman, *pro se*, and Karen Testerman, *pro se*, (Plaintiffs) are members, but the Chairman, Chris Ager, as an individual of the party for his misuse of his authority.  This is an important distinction.  Therefore plaintiff Testerman moves the court to ask the clerk to correct the electronic PACER dockets to properly reflect the defendant as the individual.

SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 2ND DAY OF FEBRUARY, 2024.

Respectfully submitted:

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
603 721-9933

## CERTIFICATE OF SERVICE

I, Karen Testerman., Plaintiff, *pro se*, have caused to deliver the named, NOTICE: DEMAND FOR CORRECTION OF DOCKET ENTRY, and the foregoing documents have been served upon the following Defendants and Plaintiffs, electronically and/or post mail with U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
One Granite Place South
Concord, NH 03301
603-271-3650
Fax: 603-271-2110
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman NH Republican State Committee
10 Water Street, Concord, NH 03301
By Counsel: Attorney Bryan Gould
Cleveland, Waters and Bass, P.A.
2 Capital Plaza, Concord, NH 03302-1137
(603) 224-7761
gouldb@cwbpa.com

Patricia Jorgensen, pro se
Yellaboat@aol.com
26 Twin Bridge Road
Northfield, New Hampshire
(774) 218-5707

David Testerman, State Representative,
Merrimack County District 03
Dave@sanbornhall.net
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 320-9524

Nikki McCarter, pro se
State Representative,
Belknap County District 08
Nikki.McCarter@leg.state.nh.us
107 North Main Street
Concord, New Hampshire 03235
(603) 303-8934

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY this 2nd d day of February 2024.**

*/s/ Karen Testerman*

Karen Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
karen@karentesterman.com
](603) 721-9933