UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MERRIMACK COUNTY REPUBLICAN COMMITTEE, KAREN TESTERMAN, PATRICIA JORGENSEN, DAVID TESTERMAN, and NIKKI MCCARTER, <br><br> Plaintiffs <br><br> v. <br><br> DAVID SCANLAN, SECRETARY OF STATE FOR NEW HAMPSHIRE and CHRIS AGER, NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, <br><br> Defendants. | Case No. 1:24-cv-00020-LM-AJ |

**RESPONSE OF CHRIS AGER AND NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE TO PLAINTIFFS' NOTICE: DEMAND FOR CORRECTION OF DOCKET ENTRY**

Defendants Chris Ager and the New Hampshire Republican State Committee, (individually, the "State Committee" and, jointly with Mr. Ager, the "NHRSC"), by and through their attorneys, Cleveland, Waters and Bass, P.A., hereby respond to the plaintiffs' notice for correction of docket entry.

Plaintiffs have requested the court to remove the State Committee from the docket based on their assertion that they are not suing the State Committee. *See* Doc. No. 16. Rather, plaintiffs assert only Mr. Ager is being sued in his individual capacity. *Id.* The complaint, however, purports to bring suit against "Chris Ager, an individual… and also in His Official Capacity as the duly-

1

elected Chair of the New Hampshire Republican State Committee." Doc. No. 1 at ¶21. Suing Mr. Ager, based on actions or inactions plaintiffs allege he was required to undertake as chair of the state committee, is tantamount to suing the State Committee. *See Stiles v. Dearborn*, 6 N.H. 145, 146 (1833); *see also Conway v. New Hampshire Water Resources Bd.*, 89 N.H. 346 199 A. 83, 86 (1938) ("a suit against those representing the state is one against the state when a judgment or decree against them would have the same effect as though it were directly against the state"). While Mr. Ager is not a state actor, these cases are nonetheless applicable where Mr. Ager's relationship to the NHRSC is analogous to that of a state agency's representative and the agency.

The NHRSC is not opposed to the NHRSC being dismissed from the lawsuit. Such dismissal necessarily requires, however, a stipulation from plaintiffs that the State Committee is not a party to the lawsuit and that any claims against it, or against Mr. Ager in his official capacity or individual capacity, are dismissed with prejudice.

                              Respectfully submitted,

                              CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: February 12, 2024        /s/ Jacob M. Rhodes
Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
CLEVELAND, WATERS AND BASS, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03301
Telephone: (603) 224-7761
Facsimile: (603) 224-6457

CERTIFICATE OF SERVICE

      I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

David Testerman (dave@sanbornhall.net)
9 Stone Avenue
Franklin, NH 03235

Nikki McCarter (nikki.mccarter@leg.state.nh.us)
107 North Main Street
Concord, NH 03301

Patricia Jorgensen (yellaboat@aol.com)
26 Twin Bridge Road
Northfield, NH 03276

Date:  February 12, 2024        /s/ Jacob M. Rhodes
                                        Jacob M. Rhodes, Esq.

4860-9793-7059, v. 3