FILED - USDC -NH
2024 FEB 13 AM10:33

Patricia Jorgensen et al;  1:24-cv-00020  LM

MOTION TO WITHDRAW

February 13, 2024

To:     The clerk of court and all parties of record

   I, Patricia Jorgensen, wish to withdraw.  External heightened pressures led me to this decision.  Participating to support a private political party has been eye opening for me.  As a proud United States voter, I pray the 1rst amendment will prevail where I fell short.

   Never meant ill will, so I ask the remaining defendants to kindly forgive me.

   An email preceeded to all parties of record.

Blessings

Patricia Jorgensen              *Patricia Jorgensen*           2.13.2024
26 Twin Bridge Road
Northfield, NH  03276
yellaboat@aol.com

*Mailing a copy USPS to all parties.*
*Patricia Jorgensen*