UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MERRIMACK COUNTY REPUBLICAN COMMITTEE, KAREN TESTERMAN, PATRICIA JORGENSEN, DAVID TESTERMAN, and NIKKI MCCARTER, <br><br>                          Plaintiffs <br><br>         v. <br><br> DAVID SCANLAN, SECRETARY OF STATE FOR NEW HAMPSHIRE and CHRIS AGER, NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, <br><br>                          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:24-cv-00020-LM-AJ |

**MOTION FOR LEAVE TO FILE A REPLY TO
PLAINTIFFS' RESPONSE TO NHRSC'S COMMENTS ON
CORRECTION OF DOCKET ENTRY
AND TO PLAINTIFFS' OBJECTION TO JOINDER**

The defendants Chris Ager and the New Hampshire Republican State Committee (together, the "NHRSC") respectfully move the court, pursuant to Local Rule 7.1(e), for leave to file a response to plaintiffs' combined filing. *See* Doc. No. 23. The NHRSC sought the plaintiffs' assent to this motion. Plaintiffs did not assent. The proposed reply is attached to this motion as Exhibit A.

Plaintiffs have filed a combined response to two different pleadings. Plaintiffs filed, without seeking leave of the court, a reply to the NHRSC's response (Doc. No. 19) to plaintiffs' motion to correct the docket entry (Doc. No. 16). Plaintiffs also filed an objection to the

1

NHRSC's joinder (Doc. No. 14) in the New Hampshire Secretary of State's motion to dismiss (Doc. No. 11).  For simplicity, the proposed response will address both the plaintiffs' response and objection.

WHEREFORE, the NHRSC respectfully requests that this court grant leave for the NHRSC to file the attached response to plaintiffs' filing.

Respectfully submitted,

CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE,
By Their Attorneys,

Date: February 21, 2024          /s/ Jacob M. Rhodes
                                 Bryan K. Gould, Esq. (NH Bar #8165)
                                 gouldb@cwbpa.com
                                 Jacob M. Rhodes, Esq. (NH Bar #274590)
                                 rhodesj@cwbpa.com
                                 CLEVELAND, WATERS AND BASS, P.A.
                                 Two Capital Plaza, Fifth Floor
                                 Concord, NH 03301
                                 Telephone: (603) 224-7761
                                 Facsimile:  (603) 224-6457

CERTIFICATE OF SERVICE

I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

David Testerman (dave@sanbornhall.net)
9 Stone Avenue
Franklin, NH 03235

Date:  February 21, 2024         /s/ Jacob M. Rhodes
                                 Jacob M. Rhodes, Esq.

4890-1703-1079, v. 1