IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

KAREN TESTERMAN, ET AL.

PETITIONER(S),

v.

Case No. **1:24-cv-00020-LM-AJ**

NH SECRETARY OF STATE, ET AL,

RESPONDENT(S).

---

### PETITIONERS' MOTION FOR LEAVE TO FILE FIRST AMENDED VERIFIED COMPLAINT

NOW COMES Republican primary voters <u>Karen Testerman</u> and NH state Representative <u>David Testerman</u>, (the "Petitioners"), pursuant to L.R. 15.1 (a), and respectfully submits this Motion for Leave to File an Amended Complaint ("Am. Compl."), stating as follows:

1. Petitioners Karen Testerman, individually and as former Chair of the Merrimack County Republican Committee; and her husband NH state representative David Testerman, individually and as a disenfranchised Merrimack County Republican primary voter, respectfully moves this Court for leave to file an amended complaint pursuant to LR 15.1.

2. The proposed amended complaint is attached hereto as Exhibit A.

Petitioner's Motion for Leave to File First Amended Complaint - 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
c/o CLEVELAND, WATERS, AND BASS, P.A.
2 Capitol Plaza
Concord, NH 03302-1137

Dated:  March 20, 2024

_____
Karen Testerman, *pro se*

3. The proposed amended complaint seeks to clarify certain factual allegations and add additional claims arising from recent discovery. The amendments do not incorporate any part of the prior pleading by reference.

WHEREFORE, Petitioners respectfully request that this Court grant leave to file the amended complaint and attach Exhibit A as part of the motion.

Respectfully Submitted,

DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated: March 20, 2024

By: /s/ David Testerman
David Testerman, *pro se*
Dave@sanbornhall.net
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 320-9524

KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated: March 20, 2024

By: /s/ Karen Testerman
Karen Testerman, *pro se*
karen@karentesterman.com
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 934-7111