UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MERRIMACK COUNTY REPUBLICAN COMMITTEE<br>KAREN TESTERMAN<br>PATRICIA JORGENSEN<br>DAVID TESTERMAN; and<br>NIKKI MCCARTER<br><br>                Plaintiffs<br><br>   v.<br><br>DAVID SCANLAN, SECRETARY OF STATE FOR NEW HAMPSHIRE<br>and CHRIS AGER, NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE<br><br>                Defendants | Case No. 1:24-cv-00020-LM-AJ |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Cleveland, Waters and Bass, P.A. respectfully moves the court, pursuant to Local Rule 83.6(d), for leave to withdraw as counsel for Chris Ager and the New Hampshire Republican State Committee (collectively, the "NHRSC"). Undersigned counsel sought assent of all current parties, but as of the date and time of filing, no response has been received.

There is currently a motion to dismiss pending before this court. Attorneys from the firm of Drummond Woodsum have filed appearances in this case on behalf of the NHRSC and have assumed the defense of the NHRSC. Because the NHRSC will remain represented by counsel, there is no reason for Attorneys Bryan Gould and Jacob Rhodes to maintain appearances before this court.

1

WHEREFORE, the NHRSC respectfully requests that this court grant leave for Mr. Gould and Mr. Rhodes to withdraw as counsel for the NHRSC.

                                                    Respectfully submitted,

                                                    CHRIS AGER, NEW HAMPSHIRE
REPUBLICAN STATE COMMITTEE
By Their Attorneys,

Date: April 16, 2024                  /s/ Jacob M. Rhodes
                                                 Bryan K. Gould, Esq. (NH Bar #8165)
gouldb@cwbpa.com
Jacob M. Rhodes, Esq. (NH Bar #274590)
rhodesj@cwbpa.com
Cleveland, Waters and Bass, P.A.
Two Capital Plaza, Fifth Floor
Concord, NH 03302-1137
Telephone: (603) 224-7761
Facsimile:  (603) 224-6457

## CERTIFICATE OF SERVICE

     I hereby certify that the within document is being served electronically through the court's electronic filing system upon counsel of record and all other parties who have entered electronic service contacts in this docket. In addition, the following parties have been served by email and U.S. Mail:

Karen Testerman (karen@karentesterman.com)
9 Stone Avenue
Franklin, NH 03235

David Testerman (dave@sanbornhall.net)
9 Stone Avenue
Franklin, NH 03235

Date:  April 16, 2024                /s/ Jacob M. Rhodes
                                                   Jacob M. Rhodes, Esq.

4860-5169-7335, v. 3