FILED - USDC -NH
2024 MAY 16 AM 11:01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

KAREN TESTERMAN, ET AL.

PETITIONER(S),

v.

Case No. **1:24-cv-00020-LM-AJ**

NH SECRETARY OF STATE, ET AL,

RESPONDENT(S).

## APPLICATION FOR ENTRY OF DEFAULT AGAINST CO-DEFENDANTS PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

NOW COMES Republican primary voters Karen Testerman and NH state Representative David Testerman, (the "Petitioners"), pursuant to L.R. 55.1 (a), and respectfully submits to the Clerk of the United States District Court for the District of New Hampshire, and hereby requests pursuant to Rule 55(a) of the Federal Rules of Civil Procedure that the Clerk enter the default of the co-defendants for failure to plead or otherwise defend against this action in a timely manner, stating as follows:

1. On April 4, 2024, the court granted the Petitioner's Motion for Leave to File Amended Complaint in this matter (Doc. # 25). *See* Endorsed Order, dated 04/04/2024.

2. On April 22, 2024, the petitioners filed their amended complaint against all defendants (Doc. # 37).

3. Concurrently in time, attorneys Mark Franco and Demetrio F. Aspiras, III filed an appearance on behalf of the co-defendants (Doc. ## 29 & 30), while attorneys Jacob Rhodes and Brian Gould withdrew representation for the co-defendants (Doc. # 35). Petitioners timely filed an assent to the withdrawal of attorneys Rhodes and Gould (Doc. # 36).

4. Despite this shifting of legal representation for the co-defendants, the above-named co-defendants have failed to plead or otherwise respond to the Amended Complaint in a timely manner.

5. The request is based on the attached Declaration of Plaintiff.

6. Pursuant to LR 55.1(a), the serving party shall give notice of the Entry of Default to the defaulting parties by regular mail, sent to the last known address of the defaulted party.

Respectfully Submitted,

DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated: May 16, 2024

By: /s/ David Testerman
David Testerman, *pro se*
Dave@sanbornhall.net
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 320-9524

KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated: May 16, 2024

By: /s/ Karen Testerman
Karen Testerman, *pro se*
karen@karentesterman.com
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 934-7111

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent <u>by regular mail</u> and by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH 03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
c/o CLEVELAND, WATERS, AND BASS, P.A.
2 Capitol Plaza
Concord, NH 03302-1137

Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com

Dated: May 16, 2024

Karen Testerman, *pro se*