**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

Karen Testerman, Et al.

PETITIONER(S),

v.

Case No. **1:24-cv-00020-LM-AJ**

NH Secretary of State, Et Al,

RESPONDENT(S).

---

**[PROPOSED] ORDER ON INJUNCTIVE RELIEF**

The Petitioners' Motion for Injunctive Relief is hereby granted.

The Secretary of State is hereby Ordered to Impound all ballots cast from the Official Count in either the Democratic or Republican state New Hampshire primaries, by Undeclared voters or Same-Day registration voters on New Hampshire State Primary Election Day, currently scheduled for September 10, 2024, until such time as notified by this Court.

Dated: _____        By: _____
                                          Andrea K. Johnstone
                                          United States Magistrate Judge