IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

K<small>AREN</small> T<small>ESTERMAN</small>, E<small>T AL.</small>

PETITIONER(S),

v.

Case No. <u>1:24-cv-00020-LM-AJ</u>

NH S<small>ECRETARY OF</small> S<small>TATE</small>, E<small>T</small> A<small>L</small>,

RESPONDENT(S).

---

## PETITIONERS' REQUEST FOR EXPEDITED HEARING AND REPLY TO NHRSC'S OBJECTION TO THIRD EMERGENCY MOTION FOR INJUNCTIVE RELIEF

NOW COMES Republican primary voters <u>Karen Testerman</u> and NH state Representative <u>David Testerman</u>, (the "Petitioners"), pursuant to L.R. 7.1 (f), and respectfully requests that an EXPEDITED HEARING on the matter be scheduled at the earliest possible time, stating as follows:

1. On August 1, 2024, Respondents Chris Ager and the New Hampshire Republican State Committee ("NHRSC") filed its objection to the Petitioner's Third Motion for Injunctive Relief. *See* Doc. No. 41.

2. In its objections, the Respondents offer no new material facts of dispute, nor *any* distinguishing conclusions of law in their favor.

Petitioner's Request for Expedited Hearing on Motion for Injunctive Relief - 1

3.      However, the Petitioners' Motion for Injunctive Relief lies squarely decided in the U.S. Supreme Court's previous decisions on the First Amendment right of Freedom of Association based on <u>Rosario v. Rockefeller</u>, 410 U.S. 752, 761 (1973) ("*The notion of raiding, its potential disruptive impact, and its advantages to one side are not likely to be as apparent to the majority of enrolled voters nor to receive as close attention from the professional politician just prior to a November general election when concerns are elsewhere as would be true during the primary season*"); <u>Bd. of Elections v. Lopez Torres</u>, 552 U.S. 196, 202-03 (2008) ("*A political party has a First Amendment right to limit its membership as it wishes, and to choose a candidate-selection process that will in its view produce the nominee who best represents its political platform*"); and <u>Clingman v. Beaver</u>, 544 U.S. 581, 592 (2005) ("*requiring voters to register with a party prior to participating in the party's primary **minimally burdens** voters' associational rights* (**emphasis added**)").

4.      The Petitioners will not rehash its previous arguments.

5.      Therefore, in the interests of judicial economy, the Petitioners will demur from Reply until such time as this Honorable Court grants a hearing on the matter.

6.      The Petitioners again find themselves arguing that their constitutional rights will be violated, <u>**in approximately thirty days**</u>, if the Secretary of State is allowed to confer on Undeclared Voters the same right to vote in the New Hampshire Republican State Primary Election as other registered Republican voters without having first met the "public affiliations" requirement.  Time is of the Essence in this matter, and the Petitioners pray for an Expedited hearing as soon as possible.

WHEREFORE, the Petitioners respectfully request that this Court:

- GRANT an EXPEDITED HEARING on the matter at the earliest possible time;

- IMMEDIATELY and *EX PARTE* IMPOUND the votes of Undeclared Voters from being tabulated with the "publicly affiliated" Republican voters, until such time as this matter is fully resolved; and

- For such other and further relief as is just and proper.

                                              Respectfully Submitted,

                                              DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated:  August 2, 2024                    By:   /s/ David Testerman
                                                        David Testerman, *pro se*
                                                         Dave@sanbornhall.net
                                                        9 Stone Avenue
                                                       Franklin, New Hampshire 03235
                                                       (603) 320-9524

                                              KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated:  August 2, 2024                    By:   /s/ Karen Testerman
                                                        Karen Testerman, *pro se*
                                                       karen@karentesterman.com
                                                        9 Stone Avenue
                                                       Franklin, New Hampshire 03235
                                                       (603) 934-7111

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent <u>by regular mail</u> and by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Attorney Bryan K. Gould
c/o CLEVELAND, WATERS, AND BASS, P.A.
2 Capitol Plaza
Concord, NH 03302-1137

Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com

Dated:  August 2, 2024         /s/ Karen Testerman
                                Karen Testerman, *pro se*

Petitioner's Request for Expedited Hearing on Motion for Injunctive Relief - 4