UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Patricia Jorgensen, et al,              *
                                        *
                Plaintiffs,             *
        v.                              *    Civil No. 1:24-cv-00020-LM-AJ
                                        *
Secretary of State David M. Scanlan, et al,  *
                                        *
                Defendants.             *
                                        *
*************************************
```

### SECRETARY OF STATE'S STATUS REPORT REGARDING SUBMISSION OF JOINT STATEMENT OF AGREED FACTS

The Defendant, New Hampshire Secretary of State David M. Scanlan (the "Secretary of State"), through his counsel, the New Hampshire Office of the Attorney General, submits this Status Report regarding the submission of a joint statement of agreed facts. See ECF 46.

The Court ordered the parties to submit a joint timeline and statement of agreed facts by August 30, 2024. See ECF 46. All three parties were unfortunately not able to reach an agreement on a joint timeline and statement of agreed facts by August 30, 2024. However, the parties are continuing to work toward reaching agreement on a joint timeline and statement of agreed facts. The Secretary of State anticipates that the parties will be able to reach an agreement and file the joint statement by early next week.

                                         Respectfully submitted,

                                         Secretary of State David M. Scanlan

                                         By his attorney,

                                         THE OFFICE OF THE ATTORNEY GENERAL

Dated: August 30, 2024             /s/ Brendan A. O'Donnell
                                         Brendan A. O'Donnell, Bar #268037

1

        Assistant Attorney General
        Election Law Unit
        Office of the Attorney General
        1 Granite Place South
        Concord, NH 03301
        brendan.a.odonnell@doj.nh.gov
        603-271-1269

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by ECF on August 30, 2024, to all parties of record.  I hereby certify that a copy of the foregoing was sent by regular mail and e-mail to all parties of record who are not registered ECF filers.

        /s/ Brendan A. O'Donnell
        Brendan A. O'Donnell