UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Patricia Jorgensen, et al, * | |
| * | |
| Plaintiffs, * | |
| v. * | Civil No. 1:24-cv-00020-LM-AJ |
| * | |
| Secretary of State David M. Scanlan, et al, * | |
| * | |
| Defendants. * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECRETARY OF STATE'S PROPOSED
## FINDINGS OF FACT AND RULINGS OF LAW

The Defendant, New Hampshire Secretary of State David M. Scanlan (the "Secretary of State"), through his counsel, the New Hampshire Office of the Attorney General, submits the following proposed findings of fact and rulings of law pursuant to the Court's August 14, 2024 Order (Document 46).

### I.   Secretary of State's Request for Findings of Facts:

1. Plaintiff Karen Testerman is a registered member of the New Hampshire Republican State Committee.

2. Plaintiff David Testerman is a registered member of the New Hampshire Republican State Committee.

3. Chris Ager is the Chairman of the New Hampshire Republican State Committee.

4. Chris Ager was the Chairman of the New Hampshire Republican State Committee at the time the Plaintiffs filed their Complaint.

5. The Secretary of State did not prohibit either Plaintiff from associating with the New Hampshire Republican State Committee.

6. The New Hampshire Republican Presidential Primary Election took place on January 23, 2024.

7. The Secretary of State's Office reported statewide results for the New Hampshire Republican Presidential Primary Election in January of 2024.

8. The United States Republican Party chose its nominee for the Office of President of the United States on July 18, 2024.

## II. Secretary of State's Request for Rulings of Law:

1. The Plaintiffs, as individual voters, do not have standing to pursue claims based on an alleged vote dilution injury resulting from a state official allegedly not enforcing a state election procedure law.

2. The Plaintiffs, as individual members of the New Hampshire Republican State Committee, do not have standing to pursue claims based on alleged violations of the New Hampshire Republican State Committee's rights under the First Amendment to the Federal Constitution.

3. The Plaintiffs' requests for relief related to voter participation in the January 23, 2024 New Hampshire Republican Presidential Primary Election are moot because that election already occurred, and the United States Republican Party has already chosen its nominee for the Office of President of the United States.

4. The Plaintiffs' request for mandamus relief under 28 U.S.C. §1361 against the Secretary of State fails as a matter of law because that statute does not grant this Court mandamus authority to compel a state official to follow a state law.

5.   Count II of the Plaintiffs' Complaint fails as a matter of law because the New Hampshire Secretary of State does not owe a fiduciary duty to the Plaintiffs as individual voters.

6.   New Hampshire RSA 654:34, II(b) allows a "voter who has been registered as an undeclared voter" to "register as a member of a party at any primary by requesting to be registered as a member and voting the ballot of the party of the voter's choice."

7.   The Plaintiffs' claim that New Hampshire law prohibited undeclared voters from voting in the January 23, 2024 New Hampshire Republican Presidential Primary Election fails as a matter of law because RSA 654:34, II(b) expressly allows undeclared voters to register as a member of a party on the day of a primary and vote in that primary.

8.   The Plaintiffs' requests for relief to compel the New Hampshire Secretary of State to follow New Hampshire law are barred by the Eleventh Amendment to the Federal Constitution.

Respectfully submitted,

Secretary of State David M. Scanlan

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: September 3, 2024

/s/ Brendan A. O'Donnell
Brendan A. O'Donnell, Bar #268037
Assistant Attorney General
Election Law Unit
Office of the Attorney General
1 Granite Place South
Concord, NH 03301
brendan.a.odonnell@doj.nh.gov
603-271-1269

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by ECF on September 3, 2024, to all parties of record. I hereby certify that a copy of the foregoing was sent by regular mail and e-mail to all parties of record who are not registered ECF filers.

                                              /s/ Brendan A. O'Donnell
                                              Brendan A. O'Donnell