**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

JORGENSEN, ET AL.

PLAINTIFF(S),

v.

Case No. **1:24-cv-00020-LM-AJ**

NH SECRETARY OF STATE, ET AL,

DEFENDANT(S).

---

<u>**PLAINTIFFS' INJUNCTIVE RELIEF HEARING**</u>
<u>**DISCLOSURE OF EXHIBITS AND WITNESSES**</u>

NOW COMES Republican primary voters <u>Karen Testerman</u> and NH state Representative <u>David Testerman</u>, (the "Plaintiffs"), in the above captioned matter, and respectfully submits the following proposed witness list and exhibits:

**<u>Witnesses</u>**

1. Patricia Jorgensen, 26 Twin Bridge Road, Northfield, NH

2. Nikki McCarter, 75 Wildacres Road, Belmont, NH

3. Lynn Briggs, 4 Golden Pond, Amherst, NH

4. Al Brandano, 2 West School Rd, Kensington, NH

5. Any and all witnesses listed by any other parties of this action.

6. Any person with personal knowledge of admissible facts discovered by the Plaintiffs prior to or during trial.

7. Any person as is necessary to lay a proper foundation for admissible evidence.

8. Plaintiffs reserve the right to update the list of witnesses up to and including the time of trial.

**Exhibits**

9. The plaintiffs intend to introduce the following exhibits at the September 6, 2024, injunctive relief hearing:

10. Email from Joseph "J.R." Hoell to the Merrimack County Republican Committee members, dated 02/15/2023.  *See attached and incorporated as **Exhibit 101**.*

11. The Minutes of the Annual Meeting, New Hampshire Republican State Committee, dated 01/28/2023.  *See attached and incorporated as **Exhibit 102**.*

12. Resolution #2, as adopted at the Annual Meeting, New Hampshire Republican State Committee, dated 01/28/2023.  *See attached and incorporated as **Exhibit 103**.*

13. Email exchange between Merrimack County Republican Committee ("MCRC") Chairman Karen Testerman to New Hampshire State Republican Committee ("NHRSC") Chairman Chris Ager, dated 10/06/2023, notifying him of his fiduciary obligation to fulfill Resolution #2 as adopted at the Annual Meeting, to notify the Secretary of State that the Republican Party is a "closed" primary.  *See attached and incorporated as **Exhibit 104**.*

14. Email exchange between NHRSC Chair Chris Ager and MCRC Chair Karen Testerman, dated 10/06/2023. *See attached and incorporated as **Exhibit 105**.*

15. A copy of the *IndepthNH* news article, dated 10/26/2023, with Secretary of State David Scanlan discussing the upcoming presidential primary.  *See attached and incorporated as **Exhibit 106**.*

16. Email exchange between attorney Norman J. Silber and Secretary of State David Scanlan, dated 10/06/2023, requesting a Right-to-Know response regarding the Republican party's primary status.  *See attached and incorporated as **Exhibit 107***.

17. Email exchange between Secretary of State David Scanlan and attorney Norman J. Silber, dated 10/09/2023, in response to Attorney Silber's Right-to-Know request.  *See attached and incorporated as **Exhibit 108***.

18. A copy of the New Hampshire Republican Party Bylaws, as of the filing date of this complaint, 01/22/2024.  *See attached and incorporated as **Exhibit 109***.

19. A copy of the New Hampshire Republican Party Platform, as of the filing date of this complaint, 01/22/2024.  *See attached and incorporated as **Exhibit 110***.

20. A copy of the New Hampshire State Convention Organization Committee Report, as of the filing date of this complaint, 01/22/2024.  *See attached and incorporated as **Exhibit 111***.

Respectfully Submitted,

DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated:  September 3, 2024

By:   /s/ David Testerman
David Testerman, *pro se*
Dave@sanbornhall.net
9 Stone Avenue
Franklin, New Hampshire 03235
(603) 320-9524

KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated:  September 3, 2024                    By:   /s/ Karen Testerman
                                            Karen Testerman, *pro se*
                                            karen@karentesterman.com
                                            9 Stone Avenue
                                            Franklin, New Hampshire 03235
                                            (603) 934-7111

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent <u>by regular mail</u> and by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com

Dated:  September 3, 2024                          /s/ Karen Testerman
                                                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                        Karen Testerman, *pro se*

# EXHIBIT  101



**From:** jr@jrhoell.com
**Subject:** RE: Area 5 VC and MCRC
**Date:** February 15, 2023 at 19:04
**To:** Merrimack County Republican Committee Karen@karentesterman.com

Dear Karen,

Please forward to the balance of the MCRC board.

Dear Board members of MCRC,

In reviewing the 2022 Republican State Convention Organization Committee Report, it is my understanding is that all 28 members of the E-board are also default members of the State Party of the NHGOP.  It is my understanding that I can step down as a full member of MCRC and retain the state committee membership.  By stepping down, this would allow the balance of the MCRC to add an additional member to fill the seat I am vacating.

To this end, I would like to step down as a full MCRC member to make room for one additional member on the MCRC.  I would like to remain an associate member of MCRC.  I am not leaving; I would like to make room for more people to be involved in making our state a better place to live.

Please schedule at our next meeting a vote to replace me as a full member.  I am aware of several interested individuals who would like to be more involved in MCRC.


Blessings,

JR


2022 REPUBLICAN STATE CONVENTION ORGANIZATION COMMITTEE REPORT

 APPORTIONING THE REPUBLICAN STATE COMMITTEE

WHEREAS, a convention is required by RSA 667:21 and Article I, 3, B, (2) of the New Hampshire Republican State Committee By-Laws (the "By-Laws"), to effect an organization for the New Hampshire Republican Party (the "Party"), for the following two years; and

WHEREAS, the term "County" shall in context of this resolution refer to the County and City Committees which by virtue of their population, have a representative on the

Executive Committee and who may, pursuant Article V, 1, C of the By-Laws, elect to organize and operate separately from the County Committee in the county where they are located; and

WHEREAS, the Party nominees and delegates to the State Convention from each County are required after the November election to elect a County Committee on or before December 15, 2022, consisting of such number of persons as this Convention shall by vote apportion to each county; and

WHEREAS, the members of the committees thus chosen shall constitute the State Committee of the Party; and

WHEREAS, the County and City Committees that shall be designated as members of the New Hampshire State Committee Executive Committee are those as provided for in the By-Laws; and

THEREFORE, BE IT RESOLVED, that the membership of the County Committees of the Republican Party for the ten counties and the City Committees of the cities of Concord, Manchester, Nashua, and Derry shall be identical in number and apportionment as the delegates authorized for this Convention by New Hampshire RSA 662:6 as stated on March 22, 2022, plus one for each County or City Chairperson, who shall be a member of his or her County or City Committee, plus the elected and appointed officers of the State Committee, to wit:

AUTHORIZED MEMBERSHIP

| County Committees | | Elected Officers | |
|---|---|---|---|
| Belknap County | 19 | Chair | 1 |
| Carroll County | 23 | Vice Chair | 1 |
| Cheshire County | 32 | Regional Vice Chairs | 5 |
| Coos County | 31 | Secretary | 1 |
| Grafton County | 46 | Assistant Secretary | 1 |
| Hillsborough County | 70 | Treasurer | 1 |
| City of Manchester | 33 | Assistant Treasurer | 1 |
| City of Nashua | 26 | Appointed Officers | |
| Merrimack County | 35 | Asst. to Chair-Recruiting | 1 |
| City of Concord | 13 | FEC Compliance Officer | 1 |
| Rockingham County | 81 | Finance Chair | 1 |
| Town of Derry | 10 | Total Officers: | 14 |
| Strafford County | 38 | | |
| Sullivan County | 20 | County & City Chairs | 14 |
| | | | |
| Total RSA 662:6: | 477 | Total Ex Officio: | 28 |
| | | | |
| Grand Total: | 505 | | |

BE IT FURTHER RESOLVED, that each committee within the above limits shall be constituted without regard to race, creed, sex or national origin; and

BE IT FURTHER RESOLVED, that as soon as possible after the November election, but prior to and including December 15, 2022, the Party nominees and Party delegates

elected from the several counties and cities identified above shall caucus in accordance with Article V, 3, A of the By-Laws for the purpose of electing members of the State Committee for the 2023-2024 biennium.  The State Committee Chairman will be responsible for notifying all Party nominees and elected Party delegates by mail at least ten days before the day of the caucus.  The results shall be reported to the State Committee Chairman no later than December 15, 2022.

BE IT FURTHER RESOLVED, that the membership of each County Committee may be apportioned geographically in the same manner as the delegates are elected to this convention pursuant to RSA 662:6 as stated on March 22, 2022, except as otherwise permitted by the Executive Committee of the New Hampshire Republican State Committee or the By-Laws.

BE IT FURTHER RESOLVED, that By-Laws amendments enacted during the 2023-2024 biennium affecting the subject matter of this Organization Report, i.e., the organization of and membership in the State Committee, shall be deemed to automatically modify inconsistent provisions of this Organization Report with no further action by the Convention.

Submitted this 23rd day of April 2022

Rep. Wayne MacDonald

Rep. Robert Lynn

Rep. Daryl Abbas

# EXHIBIT  102

**MINUTES OF ANNUAL MEETING**

**NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE**

**SATURDAY, JANUARY 28, 2023**

**SALEM HIGH SCHOOL, 44 GEREMONTY DRIVE, SALEM, NEW HAMPSHIRE**

The 2023 annual meeting was called to order by Chairman Stephen Stepanek at 10:05 a.m.   He reminded members to sign up if they wished to speak to bylaw amendment proposals and resolutions. Chairman Stepanek led the Pledge of Allegiance and invited Pastor Dan Campbell from Manchester to offer an invocation.  The chairman appointed the following: Bill O'Brien as Parliamentarian, Jane Lane as Secretary and Andrew Georgevits as Sergeant-at-Arms.

CREDENTIAL REPORT:  Chairman Stepanek recognized Scott Maltzie, Chairman of the Credentialing Committee, to provide the Credentialing Report.  Scott reported that out of a possible 482 members, 413 or 85.68% were present and he declared a quorum.  He moved to accept the Credentialing Report. Motion seconded and passed.

RULES COMMITTEE REPORT:  Chairman Stepanek recognized Ray Chadwick, Chairman of the Rules Committee.  Ray recognized his fellow committee members, Alan Glassman and Rep. Wayne MacDonald, and explained that the rules for this meeting are based on 2020 rules that governed the last pre-Covid meeting.  He moved adoption of the rules.  Motion seconded and passed.

OFFICER REPORTS:

1. Secretary's report: Jane Lane presented the minutes of the continuation of the 2021 annual meeting held on April 23, 2022 and the minutes of the 2022 annual meeting also held on April 23, 2022.  It was moved and seconded to accept the report.  Motion passed.

2. Treasurer's report: Alan Glassman presented his report.  He pointed out more than $129,000 cash on hand as of 12/31/2022.  It was moved and seconded to accept the report.  Motion passed.

3. National Committeewoman: Juliana Bergeron presented her report, including a brief report of the recent RNC Winter Meeting when Chair Ronna McDaniel was re-elected.

4. National Committeeman: Chris Ager presented his report, including his comments on the recent RNC Winter meeting and New Hampshire's First in the Nation status, at least as far as Republicans are concerned.

5. Vice Chair: Pam Tucker presented her report reflecting on her position for the past 4 years.

6. Chair:  Chairman Stepanek spoke to the successes in the 2022 election keeping Republicans in control of the Governor's office, the New Hampshire House and the New Hampshire Senate, and the Executive Council.

7.  Jane Lane moved to accept the reports of the National Committeewoman, the National Committeeman, the Vice Chair and the Chair.  Alam Glassman seconded the motion and motion passed.

ELECTION OF OFFICERS:  Chairman Stepanek reviewed the rules.    Nominations and seconding speeches are limited to 2 minutes and candidates have 3 minutes to speak.

<u>Chairman:</u>

Chris Ager was nominated by Bill O'Brien.  The nomination was seconded by Rep. Fred Doucette, Chris Maidment and Mary Jane Beauregard.  Chris Ager accepted the nomination.

Lou Gargiulo was nominated by Linda McGrath.  The nomination was seconded and Lou Gargiulo accepted the nomination.

<u>Vice Chair:</u>

Christine Peters was nominated by Kate Day.  Mark Vincent seconded the nomination.  Chrstine Peters accepted the nomination.

Randall Kelly was nominated by Theresa Birnell.  Kristin Jackson seconded the nomination.  Randall Kelly accepted the nomination.

Ryan Terrell was nominated by Kate Demers.  Kyle Sanborn seconded the nomination.  Ryan Terrell accepted the nomination.

Executive Director Elliot Gault explained the voting procedures for casting ballots for the Chairman and Vice Chair races and voting for these two positions proceeded.

<u>Treasurer:</u>

Alan Glassman was nominated by Chris Buda.  Bill Wright seconded the nomination.  Alan Glassman accepted the nomination.

Dawn Johnson was nominated and her nomination was seconded.  Dawn was not yet present at the meeting and accepted the nomination later in the meeting.

<u>Assistant Treasurer:</u>

Janice Mathews was nominated by Mark Vincent.  Chris Maidment seconded the nomination.  Janice Mathews accepted the nomination.

Jim MacEachern was nominated by Rep. Wayne MacDonald.  Rep. Jodie Nelson seconded the nomination.  Jim MacEachern accepted the nomination.

<u>Assistant Secretary:</u>

Kirsten Larsen Schultz was nominated by Judy Tucker and the nomination was seconded.  Kirsten Larsen Schultz accepted the nomination.

Thad Riley was nominated by Gregg Hough.  Dave Wheeler seconded the nomination.  Thad was not yet present at the meeting and accepted the nomination later in the meeting.

Secretary:  Jane Lane was nominated by George Hansel.  Mile Aron seconded the nomination.  Andrew Georgevits moved to close nominations for the position of Secretary.  The motion was seconded and passed.  Chairman Stepanek proceeded to cast one vote for Jane Lane for the position of Secretary.  Jane Lane accepted the nomination and vote for secretary.

At 11:45 a.m. Chairman Stepanek recessed the meeting for lunch.  At 12:45 p.m. he reconvened the meeting and introduced President Donald Trump who offered remarks.  Following President Trump's remarks at 1:45 p.m., Chairman Stepanek announced the results of the election of chair and congratulated Chris Ager as the new NHRSC Chair.  Chris assumed the chair and offered remarks.  He announced that he will appoint Mary Jane Beauregard as Finance Chair which will be confirmed at the next eboard meeting on 2/6/2023.  Also at that meeting the eboard will fill the National Committeeman vacancy created when Chris assumed the chairmanship.  He also plans an eboard retreat on 4/1/2023.

Vice Chair Election:  Chairman Ager announced that no candidate for Vice Chair received a majority to there would be a runoff between the top two vote getters:  Ryan Terrell and Christine Peters.  They were each given 3 minutes to speak.  Following that, the two candidates not present to speak earlier were given their 3 minutes to speak:  Dawn Johnson for Treasurer and Thad Riley for Assistant Secretary.

Voting proceeded for the Vice Chair runoff and for the positions of Treasurer, Assistant Treasurer and Assistant Secretary.  Also, the five regions caucused to elect the five Regional Vice Chairs.

REMARKS:  The main meeting resumed and former Congressman Will Hurd from Texas was introduced and offered remarks.

REGIONAL VICE CHAIR RESULTS:

The results of the regional caucuses were announced.  Elected were:

| | |
|---|---|
| Regional Vice Chair 1 | Mark Alliegro |
| Regional Vice Chair 2 | Rep. Tanya Donnelly |
| Regional Vice Chair 3 | Chris Buda |
| Regional Vice Chair 4 | Conrad Schoeffter |
| Regional Vice Chair 5 | Rep. JR Hoell |

REMARKS:  Speaker Sherm Packard was introduced and offered remarks.

BYLAW DISCUSSION:  Chairman Ager invited Chris Buda to the podium to oversee the Bylaw Amendment Debates for the 2023 annual meeting.  He stated that there are 8 bylaws proposals to discuss:

#1.  Amendment #1:  Proposed by Chris Buda relative to voting privileges of county and city committees.  The Bylaws Committee recommends adopting this amendment and the Executive Committee voted to amend the recommendation to allow voting privileges to members of city committees but not to extend these voting procedures to other than state committee members in county officer elections.  Mr. Buda made a motion to adopt the recommendation as amended by the Executive Committee.  Tammy Simmons spoke in favor of the motion.  On a voice vote, the amendment is adopted.

#2.  Amendment #2:  Proposed by Scott Maltzie relative to moving the date of the Annual Meeting to April.  The Bylaws Committee recommends adopting this amendment and the Executive Committee voted to support the recommendation.  Rep. JR Hoell moved to suspend the rules to act on a resolution.  His motion failed on a voice vote.  Mr. Maltzie moved to adopt Amendment #2.  Chris Wood and Bill Smith both spoke in opposition to the recommendation.  On a voice vote, the amendment fails.

#3.  Amendment #3:  Proposed by Scott Maltzie relative to postponement of Annual Meeting.  The Bylaws Committee recomments adopting this amendment and the Executive Committee voted to support the recommendation.  Chris Buda moved to adopt the amendment.  Bill Smith spoke in favor of the amendment.  On a voice vote, the amendment is adopted.

#4.  Amendment #4:  Proposed by Scott Maltzie who withdrew the amendment.

Tammy Simmons made a motion to table all further amendments and adjourn the meeting.  Her motion was ruled out of order.  Tammy Simmons made a motion to table all further amendments.  Her motion failed on a voice vote.

#5.  Amendment #5:  Proposed by Karen Testerman relative to a closed primary.  The Bylaws Committee does not recommend adoption of this amendment and the Executive Committee voted to support the recommendation not to support this amendment.  Karen Testerman moved to adopt the amendment.  There were several motions to suspend the rules which were ruled out of order.  A voice vote on the amendment was called and the chair ruled there was no clear vote on the voice vote and further ruled that the amendment fails because there was not a 2/3 voice vote in favor.

The Chair announced the result of the voting for contested officer positions.  Those elected are:

Vice Chair, Ryan Terrell; Treasurer, Alan Glassman; Assistant Treasurer, Jim MacEachern; Assistant Secretary, Thad Riley.

Tammy Simmons made a motion to table all pending business.  The motion failed on a voice vote.

There was more discussion on Amendment #5.  There was a motion to overrule the chair's order on the vote on Amendment #5.  Motion failed on a voice vote.

#6.  Amendment #6:    Proposed by JR Hoell relative to filling a vacancy for National Committeeman or National Committeewoman.  Rep. Hoell came to the microphone and moved that due

to the contention about Amendment #5 that the similar resolution regarding closed primary be handled at this point in the agenda after which Karen Testerman, who proposed Amendment #5 regarding closed primaries, will withdraw the amendment.  His motion was seconded and motion carried on voice vote. With regard to Resolution #2 (closed primaries), Karen Testerman moved adoption of the resolution and spoke in favor of it as did Gary Whitehill.  Kate Day moved to table this resolution.  Her motion was seconded and motion failed on voice vote.  The voice vote on the main motion to adopt the resolution was inconclusive.  There was a standing vote and the motion to adopt the resolution carried.

Chris Maidment moved a special order to handle Resolution #1 at this time.  His motion was seconded and motion carried on a voice vote.  Jim Rubens proposed Resolution #1 relative to an Article V Convention.  He moved adoption of the resolution and spoke to it.  Karen Testerman and Diane Bitter spoke in opposition to the resolution.  Ray Chadwick, Dan Maguire, Victoria Sullivan and Rep. Moffitt spoke in favor of the resolution.  The question was called and on a voice vote the resolution was adopted.

Going back to the bylaws discussion, Amendment #6 was withdrawn.

#7.  Amendment #7:  Proposed by Joe Abasciano relative to calling a special meeting by petition. JR Hoel moved to table this amendment.  His motion was seconded and motion carried on a voice vote.

#8.  Amendment #8:  Proposed by Joe Abasciano relative to Executive Committee meetings.  JR Hoell moved to table this amendment.  His motion was seconded and motion carried on a voice vote.

Going back to the discussion on resolutions, the next resolution to consider is #3:

Resolution #3:  Proposed by Rep. Jason Gerhard relative to vaccines and urging the Attorney General to investigate criminal or wrongful activity relating to development, promotion and distribution of vaccines.  Adoption of the resolution was moved and seconded and after discussion, the question was called.  On a voice vote, the resolution was adopted.

Resolution #4:  Proposed by Claudine Burnham relative to sanctioning any New Hampshire Republican official who attends or supports the World Economic Forum (WEF).  Adoption of the resolution was moved and seconded and after discussion, the question was called.  On a voice vote, the resolution was adopted.

Resolution #5:  Proposed by Claudine Burnham relative to censure of Senate Minority Leader Mitch McConnell.  Adoption of the resolution was moved and seconded and after discussion, the question was called.  On a voice vote, adoption of the resolution fails.

The business of the 2023 Annual Meeting being concluded, it was moved and seconded to adjourn the meeting.  Meeting adjourned at 4:20 p.m.

Respectfully submitted,

Jane P.  Lane, Secretary

# EXHIBIT  103

 Resolution #2

### RESOLUTION TO RESTRICT THE PRIMARIES TO REGISTERED REPUBLICANS

**Whereas** the Republican Party is a private organization whose membership choses their nominees during the primary election;

**Whereas** registered "undeclared" voters can influence the outcome of the nominations;

**Whereas** sufficient time exists for a voter to declare their party affiliation prior to the day of voting;

**Whereas** the Revised Statute Annotated 659:14 clearly states "...if the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary...."; and

**Whereas** the Secretary of State, David Scanlon, stated in communications "the political parties determine who can participate in their primary" now, therefore, be it:

**Resolved: that**

1. the Republican State Committee adopts the rule that only voters who register as Republicans 30 days prior to the primary election day may receive and mark a Republican ballot for the primary election;

2. the party chairman notifies the secretary of state in writing prior to the filing period for state offices that the Republican Party of New Hampshire has adopted the rule that only voters registered as Republicans prior to any primary election may receive a Republican ballot;

3. pursuant to RSA 659:14 II, the secretary of state shall include on the voter instruction cards required by RSA 658:28 that the Republican Party of New Hampshire has adopted a rule that does not allow a person who is registered as an undeclared voter to vote in the party's primary;

4. instructs the Secretary of State for the state of New Hampshire that any voter requesting an absentee ballot for the Primary election must be registered as a Republican 30 days prior to submitting a request for a Republican absentee ballot; and

5. urges the Secretary of State to adjust all voting materials to reflect this requirement for prior registration to receive a Republican ballot for the Primary election.

Mover: Karen Testerman, 603-721-9933

Seconders: Omer J. Ahern, Jr. Jose Cambrils Dave Rivers Joe Abasciano Dave Testerman Tricia Jorgensen Eli Clemmer Cathy Qi Eddie Qi Gary Whitehall Alyssa Ehl

# EXHIBIT 104



*Restoring NH's Prosperity, Principles & Responsibility*

Republican  State Committee Member (NHGOP)
Chairman of the Merrimack County Republican Committee

5 October 2023
Via email and Certified Mail

Mr. Chris Ager
Chairman, NHGOP
10 Water Street
Concord, NH 03301

Dear Mr. Ager:

As you know, at the 2023 annual meeting of the NHGOP held on January 28, 2023, the attached resolution closing the primaries to all but registered Republicans was formally adopted by the body consisting of the required quorum of members of the NHGOP state committee.

As you must also know, there is absolutely no distinction between a "Resolution" and a "By-Law" provision contained in the governing documents of the NHGOP.

Thus, it was your duty under the provisions of NH RSA 669:14-II to give written notice to the NH Secretary of State of the adoption of this resolution, but it is understood that you have not done so.

Additionally, the Bylaw Committee contacted me via phone stating that the amendment submitted should be a resolution.  Further they requested that I withdraw the bylaw amendment.  Now in your correspondence with others you are stating that this resolution should be a bylaw.  I am confused as to which process is correct.

Further, it is my understanding that there has not been any "rule" adopted by the NHGOP that would permit "a person who is registered as an undeclared voter to vote in the party's primary" as described in RSA 669:14-II.

P.O. Box 3874 • Concord  • New Hampshire  • 03302

Page 2 of 3

Thus, this is a formal demand that you comply with your duties a chairman of the NHGOP and send formal written notice to the NH Secretary of State of the adoption of the attached resolution by which the party primaries of the NHGOP must be closed and reaffirm that the NHGOP has never adopted any rule that would permit a person who is registered as an undeclared voter to vote in the party's primary.

Very truly yours,

Karen Testerman

Attached- Copy of Adopted Resolution
Copy w/enclosure to Honorable David Scanlon, NH Secretary of State, via email and Certified mail

# EXHIBIT  105

**From:** **Chris Ager** chrisager@aol.com
**Subject:** Re: Closing the Primary
**Date:** October 6, 2023 at 10:29
**To:** MCRC Chairman mcrcchairman@gmail.com
**Cc:** david.scanlan@sos.nh.gov

Karen,

I reiterate what I told you in February 2023 after investigating the Resolutions implementation with the Secretary of State. The Resolution violates state law and cannot be adopted.

My suggestion is to bring forth a By-Law on January13, 2024 that complies with State Law for consideration and critical analysis of the impact. A passed by-law would be binding. I will help you through the process as desired to ensure the activity meets required standards.


Thank You.

Chris Ager

On Thursday, October 5, 2023 at 04:40:14 PM EDT, MCRC Chairman <mcrcchairman@gmail.com> wrote:


Dear Chairman Ager,

Please find enclosed my concern regarding the decision of the State Party to close the primary.



Sincerely,


Karen Testerman
Chairman
Merrimack County Republican Committee
karen@karentesterman.com
(603) 721-9933 http://www.merrimackcountygop.com


I am only one, but still I am one.
I cannot do everything but still I can do something;
and because I cannot do everything,
I will not refuse to do something that I can do.
Edward Everett Hale

The information contained in this transmission may contain privileged and confidential information, protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

# EXHIBIT  106

**InDepthNH.org** | (https://indepthnh.org/2023/10/26/gop-resolution-wont-change-presidential-primary/)

**NEWS**

# Scanlan: Undeclared Voters Won't Be Blocked from Taking GOP Ballots in FITN Primary

By 🖼 **Nancy West** 🐦 October 26, 2023



*Paula Tracy photo*

Secretary of State David Scanlan is pictured in his office at the State House. in this file photo.

By NANCY WEST, InDepthNH.org

CONCORD — Secretary of State David Scanlan said he has not received a letter from the chairman of the Republican party about any rule change to the contrary so 320,000 undeclared voters will not be kept from voting in the Republican presidential primary.

"I have received no such letter that would require me to make any change," Scanlan said. "The presidential primary will be conducted in the same manner it has been conducted for decades.

## Indepth Your Inbox

Get unbiased nonprofit watchdog news sent directly to your inbox.

Your Email     Subscribe

The party chair is required to write a letter to the Secretary of State to inform him or her of any change in party rules that would determine who can participate in a party primary and that letter has to be delivered before the filing period for office opens up," Scanlan said.

There has been no such letter and the deadline was Oct. 11 so nothing will be changed in the Republican presidential primary that will be scheduled sometime in January, Scanlan said.

Scanlan said he received the resolution GOP activist Karen Testerman wrote that was adopted by the New Hampshire Republican Party in January to block the 320,000 undeclared voters from voting in Republican primaries.

But in order to make such a change, Scanlan says the law requires the chairman of the Republican Party to send him a letter informing him of the rule or bylaw change. And Chris Ager, chairman of the state Republican Party, hasn't done so.

Ager didn't respond to a request for comment Thursday.

The law is RSA 659:14-2 in Special Provisions for State and Presidential Primary Elections.

Testerman said she underlined(disagrees (https://indepthnh.org/2023/10/25/gop-resolution-would-block-320000-undeclared-nh-voters-from-voting-in-republican-primaries/) with Scanlan's interpretation of the law.

"It says in order to permit undeclared voters to vote in a party primary, (Scanlan) needs a letter of permission to do so," Testerman said.  The letter needs to come from the chairman of the political party, and that has never happened, Testerman said.

"They have been conducting primary elections wrong all these years," Testerman said.

The law states: "The secretary of state shall include on the voter instruction cards required by RSA658:28 whether a party rule has been adopted which permits a person who is registered as an undeclared voter to vote in the party's primary. The party chairman shall notify the secretary of state in writing prior to the filing period for state offices whether the party has adopted such a rule...."

Testerman of Franklin is the chairman of the Merrimack County Republican Committee and ran unsuccessfully against Gov. Chris Sununu in the last two Republican primaries.

Testerman compared the Republican party to a family and said when family decisions need to be made, you don't ask the neighbors to weigh in.

New Hampshire's next primary will decide who the party wants to represent them in the presidential election.

"Why do we want somebody from outside making that decision," Testerman said.

Undeclared voters in New Hampshire include 40 percent of the registered voters – the largest block – with Democrats and Republicans split at about 30 percent each.

Testerman, whose husband is Rep. David Testerman, R-Franklin, said she heard Democrats were encouraging undeclared voters to register as Republicans so they could vote against former President Donald Trump in the primary.

The grass-roots group Citizens for Belknap raised alarm about the resolution in a press release Wednesday night.

It said the state GOP was invoking an arcane rule giving parties the ability to tell the state who can vote in their party's primary.

"In an attempt to bypass the legislature, the new resolution found a loophole in New Hampshire's statute (659:14 (https://casetext.com/statute/new-hampshire-revised-statutes/title-63-elections/chapter-659-election-procedure/voting-procedure/section-65914-special-provisions-for-state-and-presidential-primary-elections)), which appears to permit a party to close its primary without legislation," the release said.

If the resolution document is accurate, independent voters in Belknap County and around the state will be outraged by this effort to deny New Hampshire citizens a cherished right which they have held for decades," said Al Posnack, co-chair of Citizens for Belknap.

As it stands, undeclared voters may choose either a Republican or Democratic ballot to vote in a primary election.  That registers the voter with that party unless the voter later changes their affiliation back to undeclared or a different party and each change request must be voted on by the local Supervisors of Checklist.

The next primary after the presidential primary will be the one for all state, county and federal offices in September 2024.

 If Scanlan received a letter from the Republican party chair saying there was a rule change restricting undeclared voters from voting in the Republican primary, he said he would follow the law.

"That would mean undeclared voters would not be able to participate in the primary of that party," Scanlan said.

Putting it simply, political parties are responsible for conducting their own business and making changes to the rules.

"I don't have a say. The only thing that matters to me is if I received a letter of a rule change within the party, then I would act accordingly.  I have not received a letter from the Republican party chair," Scanlan said.

# EXHIBIT  107

The current practice of permitting undeclared voters to declare affiliation with the Republican Party and then change back to undeclared or remain in the party after voting has been in place for decades. For me to administer a change related to participation in a party primary would require written notice of a rules change from the party chair.

Sincerely,
Dave

**From:** Norman J Silber <njs@silbersnh.com>
**Sent:** Friday, October 6, 2023 12:07 AM
**To:** David Scanlan <David.Scanlan@SOS.NH.GOV>
**Subject:** RSA 659:14 & 91-A

Dear Mr. Secretary:

For many years I have been told that we have "open" primaries for the Republican party in our state because, the so-called conventional wisdom goes, the Republican Party of New Hampshire, a/k/a the NHGOP, has not formally adopted a rule closing the primaries to persons not registered as Republicans and has not given notice of such a rule adoption to the Secretary of State.

But that so-called conventional wisdom seems to conflict with, directly, the provision of RSA 659:14.

RSA 659:14-I provides in pertinent part that "If the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary, any person desiring to vote in that party's primary shall also announce the name of that party at the time of announcing the person's name."

RSA 659:14-II provides in pertinent part that "The secretary of state shall include on the voter instruction cards required by RSA 658:28 whether a party rule has been adopted which permits a person who is registered as an undeclared voter to vote in the party's primary. The party chairman shall notify the secretary of state in writing prior to the filing period for state offices whether the party has adopted such a rule."

Thus, it appears that in the absence of the adoption of a rule by the NHGOP permitting "a person who is registered as an undeclared voter to vote in the party's primary" and written notice of same to the Secretary of State by the NHGOP chair, undeclared voters are not to be permitted to vote in the Republican party primaries.

However, if the Secretary of State has, in fact, ever received written notice from the chair of the NHGOP of the adoption by the NHGOP of a rule permitting "a person who is registered as an undeclared voter to vote in the party's primary," please be kind enough to so advise me, and send me copies of any such notices including the date or dates on which they were received. This should be construed as a formal demand under RSA 91-A.

If no such notice was ever received, and it being assumed that the NHGOP never adopted a rule permitting "a person who is registered as an undeclared voter to vote in the party's primary," the prior practice of conducting the Republican primaries on an "open" basis has been incorrect and unlawful and should not be repeated in the future unless and until such time, if ever, the NHGOP does adopt such a rule and gives written notice thereof to our Secretary of State.

Any claim that a request for a Republican ballot at the polling place by an undeclared registrant on election day actually constitutes a change of that voter's registration to the R party for the purposes of that election is sophistry at best, and incorrect as a matter of law unless you can cite to a specific RSA that makes it so.

Thank you for your prompt attention to this matter.

Respectfully,

Norman J. Silber
Member of The Florida Bar & the New Hampshire Bar
243 Mountain Drive
Gilford, New Hampshire 03249-6764
Tel 603-293-0565 (land line- no texts)
Cell 305-803-5400
Email: njs@silbersnh.com

View complete profile: www.linkedin.com/in/norman-j-norm-silber-83269522

**"Live free or die: Death is not the worst of evils."**

General John Stark, hero of the American Revolutionary War

*NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 603-293-0565 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.*

*Emails are not encrypted and cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. This electronic message and any accompanying documents may contain legally privileged and confidential information under applicable law. The information is intended to be for the use of the individual or entity named in the delivery address only. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this Email in error, please notify us by telephone immediately and purge the message immediately without making any copy or distribution.*

# EXHIBIT 108



**From:** **Norman J Silber** njs@silbersnh.com
**Subject:** FW: RSA 659:14 & 91-A
**Date:** October 12, 2023 at 20:25
**To:** Karen Testerman karen@karentesterman.com

See below.

Norman J. Silber
Member of The Florida Bar & the New Hampshire Bar
243 Mountain Drive
Gilford, New Hampshire 03249-6764
Tel 603-293-0565 (land line- no texts)
Cell 305-803-5400
Email: njs@silbersnh.com

View complete profile: www.linkedin.com/in/norman-j-norm-silber-83269522
*"Live free or die: Death is not the worst of evils."*
 General John Stark, hero of the American Revolutionary War
*NOTICE: This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail or by telephone at 603-293-0565 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by the sender.*

*Emails are not encrypted and cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. This electronic message and any accompanying documents may contain legally privileged and confidential information under applicable law. The information is intended to be for the use of the individual or entity named in the delivery address only. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this Email in error, please notify us by telephone immediately and purge the message immediately without making any copy or distribution.*

**From:** David Scanlan <David.Scanlan@SOS.NH.GOV>
**Sent:** Monday, October 9, 2023 11:24 AM
**To:** Norman J Silber <njs@silbersnh.com>
**Cc:** Orville Fitch <Orville.Fitch@sos.nh.gov>; Chris Ager <chrisager@aol.com>
**Subject:** RE: RSA 659:14 & 91-A

Good morning Norm,

In response to your RSA 91-A request my office has not been able to locate any "written notice" of a Republican State Party rule change relative two which voters can participate in a New Hampshire primary election.

The current practice of permitting undeclared voters to declare affiliation with the Republican Party and then change back to undeclared or remain in the party after voting has been in place for decades. For me to administer a change related to participation in a party primary would require written notice of a rules change from the party chair.

The current practice of permitting undeclared voters to declare affiliation with the Republican Party and then change back to undeclared or remain in the party after voting has been in place for decades. For me to administer a change related to participation in a party primary would require written notice of a rules change from the party chair.

Sincerely,
Dave

**From:** Norman J Silber <njs@silbersnh.com>
**Sent:** Friday, October 6, 2023 12:07 AM
**To:** David Scanlan <David.Scanlan@SOS.NH.GOV>
**Subject:** RSA 659:14 & 91-A

Dear Mr. Secretary:

For many years I have been told that we have "open" primaries for the Republican party in our state because, the so-called conventional wisdom goes, the Republican Party of New Hampshire, a/k/a the NHGOP, has not formally adopted a rule closing the primaries to persons not registered as Republicans and has not given notice of such a rule adoption to the Secretary of State.

But that so-called conventional wisdom seems to conflict with, directly, the provision of RSA 659:14.

RSA 659:14-I provides in pertinent part that "If the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary, any person desiring to vote in that party's primary shall also announce the name of that party at the time of announcing the person's name."

RSA 659:14-II provides in pertinent part that "The secretary of state shall include on the voter instruction cards required by RSA 658:28 whether a party rule has been adopted which permits a person who is registered as an undeclared voter to vote in the party's primary. The party chairman shall notify the secretary of state in writing prior to the filing period for state offices whether the party has adopted such a rule."

Thus, it appears that in the absence of the adoption of a rule by the NHGOP permitting "a person who is registered as an undeclared voter to vote in the party's primary" and written notice of same to the Secretary of State by the NHGOP chair, undeclared voters are not to be permitted to vote in the Republican party primaries.

However, if the Secretary of State has, in fact, ever received written notice from the chair of the NHGOP of the adoption by the NHGOP of a rule permitting "a person who is registered as an undeclared voter to vote in the party's primary," please be kind enough to so advise me, and send me copies of any such notices including the date or dates on which they were received.  This should be construed as a formal demand under RSA 91-A.

If no such notice was ever received, and it being assumed that the NHGOP never adopted a rule permitting "a person who is registered as an undeclared voter to vote in the party's primary," the prior practice of conducting the Republican primaries on an "open" basis has been incorrect and unlawful and should not be repeated in the future unless and until such time, if ever, the NHGOP does adopt such a rule and gives written notice thereof to our Secretary of State.

Any claim that a request for a Republican ballot at the polling place by an undeclared registrant on election day actually constitutes a change of that voter's registration to the R party for the purposes of that election is sophistry at best, and incorrect as a matter of law unless you can cite to a specific RSA that makes it so.

Thank you for your prompt attention to this matter.

Respectfully,

# EXHIBIT  109



**BYLAWS OF NEW HAMPSHIRE REPUBLICAN STATE COMMITTEE, A NEW HAMPSHIRE VOLUNTARY CORPORATION**

ARTICLE I: The Republican State Committee

The Republican State Committee is organized under RSA 667:21 and :22 and is a New Hampshire voluntary corporation pursuant to the Voluntary Corporations and Associations Act, RSA 292, and shall be referred to herein as the "State Committee." The State Committee shall comprise the members of all the County and City Committees as selected pursuant to Article V of these bylaws and New Hampshire state law.  These bylaws shall be deemed an exercise of the State Committee's authority under RSA 667:21, II, and shall control to the extent they are inconsistent with RSA 667:21, I, and :22.

Purpose:

The State Committee shall have the ultimate responsibility for all of the affairs of the Republican Party in the State of New Hampshire. The State Committee is established primarily for the political purposes herein set forth, subject to the provisions of New Hampshire RSA292 and the provisions of Section527 of the Internal Revenue Code of 1986, as amended (the "Code"), and for any purpose, for which an organization may be exempt under Section 527 of the Code and, with respect to all of the foregoing purposes, to carry on exempt function purposes within the meaning of Section 527 of the Code.

The principal purpose of the Corporation shall be to influence the selection, nominating election or appointment of individuals to federal, state, or local public office or office in a political organization. The Corporation may directly or indirectly accept contributions or make expenditures for this purpose, but may not impose any type of membership fee or dues upon its members.

Duties:

It shall be the responsibility of each member of the State Committee in his or her respective town, city or region to participate fully in their local/regional and County Committees consistent with local/regional and County bylaws, to help recruit and elect Republican candidates and to promote the general welfare of the Republican Party. The State Committee shall provide direction to all Republican county, town, city, ward and regional Chairmen on their duties and responsibilities, in accordance with State Statutes. The State Committee shall develop and implement a communications strategy and programs that support the Party Platform, the Republican Party and Republican candidates. In so far as it is practicable, the State Committee's members shall be consulted concerning committee matters, Party matters, and campaign activities affecting the towns, cities or regions, in which they reside.

 State Committee Meetings and Biennial Convention:

State Committee Meetings:

(1)  Composition:  The State Committee shall comprise the members of the County and City Committees selected pursuant to Article V of these bylaws.

(2)  Purpose:  The purpose of meetings of the State Committee is to elect officers in accordance with Article II, 3, A, and the National Committeeman and Committeewoman in accordance with Article III, to consider and vote on proposed amendments to these bylaws and proposed resolutions, and, except as provided in Article I, 4, A, (4), (b), to conduct any other business permissible under the rules adopted for the meeting.

(3)  Frequency:  The Chairman shall call at least one meeting of the State Committee in January of each calendar year (each such meeting an "Annual Meeting").  The Chairman or the members of the State Committee may, in extraordinary circumstances, call a meeting of the State Committee to take place during the period between Annual Meetings in accordance with Article I, 3, A, (4) (any such meeting a "Special Meeting").

(3)(a) Postponement: The Chairman may, upon notification to and consultation with the Executive Board and notice of the State Committee Membership, postpone the Annual Meeting in the event of inclement weather, unsafe conditions, or other circumstances outside the Chairman's control. The Executive Board, at their next regularly scheduled meeting, shall set a new date for the Annual Meeting. Said meeting should occur as soon as reasonably possible. Proper notification of the new meeting date shall be provided as outlined in Article 1:4(a).

(4) Call of Meetings:  Meetings of the State Committee may be called by the Chairman or by petition in accordance with this subsection (4).

(a)  Call by the Chairman:  The Chairman shall call each Annual Meeting and may call a Special

Meeting by posting a notice of the meeting on the home page of the State Committee's website at least thirty days before the day of the meeting and by mailing written notice to each member at the member's last known address at least ten days before the day of the meeting. In lieu of mailed notice the Chairman may provide such written notice by email at least ten days before the day of the meeting to any member who has requested or authorized such electronic notification.

(b)  Call by Petition:  The Chairman shall call a Special Meeting within ten days of receipt of a petition for such a meeting signed by more than half of the members of the State Committee. To be valid, any such petition must (i) be printed on paper and bear the original signature of each signatory in ink followed by the printed name of the signatory and (ii) specify the purpose of the meeting and set forth the specific language of the motion, resolution, or other action that the petitioners will present at the Special Meeting.  Unless the Chairman's notice of a petitioned Special Meeting explicitly states otherwise, the business of any such meeting shall be limited to credentialing the members, adoption of proposed rules for the Special Meeting, and the consideration of the motion, resolution, or other action as stated in the petition.  The Chairman shall provide notice of any such meeting in accordance with the preceding subsection (a).

(5)  Rules of Order:  The meetings of the State Committee shall be governed by the current edition of Robert's Rules of Order, Newly Revised, by General Henry M. Robert ("RONR"), except when RONR is inconsistent with these bylaws in which case these bylaws shall control.

Biennial Conventions:

(1)  Composition:  The State Committee's biennial convention (the "Convention") shall comprise the Republican nominees selected and the delegates elected at the preceding state primary election and the incumbent Republican officeholders specified in RSA 667:21, I, provided that the incumbent remains in office at the time of the convention.

(2)  Purpose and Committees:  The purpose of Conventions of the State Committee is to adopt a platform, to organize the State Committee for the following two years, to nominate presidential electors, and to conduct any other business permissible under the rules adopted for the Convention.  The Chairman shall appoint committees and chairmen of committees as necessary for the proper conduct of the Convention. The Convention organization shall include, but not be limited to, the following committees: Organization, Credentials, Rules, Resolutions, and Platform.

(3)  When Held:  The Convention shall be held in April of each year in which a state election takes place.

(4)  Call of Convention:  The Chairman shall call each Convention by posting a notice of the meeting on the home page of the State Committee's website at least thirty days before the day of the Convention and by mailing written notice to each delegate, nominee, and incumbent at his or her last known address at least ten days before the day of the Convention.  In lieu of mailed notice the Chairman may provide such written notice by email at least ten days before the day of the Convention to any delegate, nominee, or incumbent who has requested or authorized such electronic notification.

(5)  Rules of Order:  The Convention shall be governed by RONR except when RONR is inconsistent with the rules committee report adopted by the Convention in which case the rules committee report shall control.

Qualifications:

Members of a County or City Republican Committee shall be registered Republicans who live within the respective County or City.

Any registered Republican who, at the same time joins or allows his or her name to be used in support of a political committee or a defined group of individuals, that in title or effect is intended to be understood by the public to be a committee or group comprised in whole or in part of members of the Republican Party endorsing a candidate for elected office from another political party, when there is a candidate nominated by the Republican Party for that office, shall be disqualified during the then present and the next biennium from holding an office of the State Committee or any County or City Committee, from being a member of the Executive Committee and from being a member of the State Committee.

The Executive Committee may waive this disqualification in the event that the Republican candidate is deemed to espouse beliefs or ideologies in direct contradiction with the principles or platform of the Republican Party, prior to the establishment of any such group.

Vacancies:

If any member of a County or City Committee changes their party registration to anything other than Republican, no longer lives within the county or city, dies or submits a written resignation to the State Committee, then they shall cease to be a member of the State Committee, and a vacancy shall exist.

The Chairman of the County or City Committee shall provide written notice of the vacancy to the Chairman of the Republican State Committee. The members of the County or City Committee may vote to replace that member at a duly noticed meeting. The names of the new members shall be read into the minutes of the next State Executive Committee Meeting.

Removal:

The State Chairman may summarily suspend a member from the State Committee upon determining that the member has violated the prohibition of Article I, 4, A, against the specified forms of support for an opponent of the Republican Party's nominee. The Chairman shall deliver a written notice of any such suspension to the member by mail, e-mail, fax, or any other means reasonably calculated to provide such notice. Any member who has been suspended under this section shall have the right to appeal the Chairman's determination to the State Executive Committee by delivering a written request for an appeal hearing to the Chairman within ten days of the date on the notice of summary suspension. The Executive Committee shall hear the appeal within 45 days of the date the Chairman receives the notice of the appeal. The hearing will be confined to whether the member violated the prohibitions. The Vice-Chairman shall preside at the hearing. The suspension shall result in the removal of the member from the State Committee for the remainder of the member's current term and for the next biennium if (a) the member does not timely appeal the suspension or (b) the Executive Committee fails to overrule the Chairman's determination by a vote of more than fifty percent of its total membership.

ARTICLE II: Officers of the Committee & their Duties

General:

Officers of the State Committee must be registered Republicans residing in the State of New Hampshire but need not be members of the State Committee at the time of election.

Any officer may be removed at any time by two-thirds of the members of the State Committee or by two-thirds of the members of the Executive Committee. No vote to remove any officer shall be valid unless each member is notified of the proposed action by mail, at least five days before the vote is taken.

No officer of the State Committee as defined in Article II, Section 2, shall participate in any primary contest on behalf of any candidate for a Republican nomination. They shall remain strictly neutral in any such primary contest. Any officer of the State Committee must resign from his or her office to engage in activities on behalf of a candidate in a primary contest. No leaves of absence shall be granted for that purpose. In the event an officer resigns to participate in a primary, he or she will not be eligible to serve as an officer until the following biennium. (Also see Article I Sec. 4a)

Officers:

The officers of the State Committee shall fall into two categories; those elected by the State Committee and those appointed by the Chairman with the consent of the Executive Committee.

The elected Officers of the State Committee shall consist of a Chairman, a Vice Chairman, five Regional Vice Chairmen, a Secretary and an Assistant Secretary, a Treasurer and an Assistant Treasurer.

The appointed Officers of the State Committee shall consist of an Assistant to the Chairman for Recruiting, a Federal Election Commission Compliance Officer and a Finance Chairman

Methods of Election:

Elected Officers: The elected Officers of the State Committee shall be elected at the Annual Meeting during the month of January in the calendar year immediately following a biennial election.

Appointed Officers: The appointed Officers of the State Committee shall be appointed by the Chairman and such appointments shall be confirmed by a simple majority of those members present and voting at the next regular meeting of the Executive Committee.

Officers shall be required to physically attend or be represented at all Executive Committee meetings. Officers who fail to attend at least four meetings in any twelve-month period set by the Chairman, either in person or by representation, shall be deemed to have resigned from their office, unless excused by the Chairman.

Officers of the State Committee may otherwise be removed for good cause on a vote of 2/3rds majority of the members of the Executive Committee. All motions to remove will follow the removal process as described in RONR.

Vacancies: With the exception of the position of Chairman, as outlined in section 4.B., and

Regional Vice Chairmen, all vacancies of either elected or appointed officers shall be filled by a simple majority vote at the next regular meeting of the Executive Committee for a period not to exceed the next annual meeting of the State Committee. Vacancies of the Regional Vice Chairmen shall be filled by a caucus of the executive boards of the affected county and city committees. The result of such caucus shall be read into the minutes at the next Executive Board Meeting.

Duties:

 Chairman: The Chairman shall be the chief executive officer of the State Committee. The Chairman shall preside at all meetings of the Committee and Executive Committee. The Chairman shall have the power to sign contracts, hire and terminate employees on behalf of the Committee. The Chairman shall develop a budget for each calendar year and present it for approval by the Executive Committee at its first scheduled meeting of the calendar year. Any contract, purchase order, or other instrument that obligates the State Committee for an aggregated amount of $20,000 or more must be approved by the Executive Committee prior to its execution with the exception of political advertising and election activity.

The Chairman shall serve as spokesperson for the State Committee. The Chairman shall have general supervision of the work and affairs of the Republican Party. The Chairman shall have the power to make temporary appointments to fill any vacancy, with respect to which the State Committee or Executive Committee is authorized to act, to be effective until permanent action shall be taken with respect thereto by the State Committee or its Executive Committee.

The State Chairman shall schedule regular meetings with Republican leaders of the Executive and Legislative branches of State Government to help develop and promote a legislative agenda and strategy that are consistent with the Party Platform.

The Chairman may appoint Legal Counsel to advise the Committee on all legal matters.

The Chairman shall notify all persons of their election to any office or position on the State Committee and shall cause them to be informed of the nature of their duties. The Chairman is responsible for maintaining an updated record of the names, addresses, and phone numbers of officers and members of the State, County, and Local/Regional Republican Committees on file at the State Committee's headquarters.

Vice Chairman: The Vice Chairman shall serve under the direction of the Chairman and shall assist the Chairman in the performance of his or her duties as specifically assigned by the Chairman. The Vice Chairman shall preside at meetings when the Chairman is absent. Upon a vacancy of the Chairman, the Vice Chairman shall automatically become Chairman for the remainder of the biennial term. An election for a temporary Vice Chairman shall be conducted at the next meeting of the Executive Committee, to be elected by the voting members of the Executive Committee and shall serve until the next regularly scheduled State Committee meeting

Regional Vice Chairmen: The Regional Vice Chairmen shall be officers subject to the direction of the Committee and its Executive Committee. The Regional Vice Chairmen shall work at the direction of the Chairman in carrying on the work of the Party and implementing the policies of the Committee and its Executive Committee. The Regional Vice Chairmen shall, subject to the

direction of the Chairman, serve as liaisons for party affairs in their respective areas: Region 1 – Carroll, Coos and Grafton Counties; Region 2 – Rockingham and Strafford Counties; Region 3 – Hillsborough County; Region 4 – Cheshire and Sullivan Counties; Region 5 – Belknap and Merrimack Counties.

Finance Chairman: The Finance Chairman shall be appointed by the State Chairman with the approval of the Executive Committee. The Finance Chairman shall assist the Chairman in fundraising activities, and work with the Chairman in the submission of a budget to the State Committee and its Executive Committee and will strive for an unencumbered, balanced budget. Under the direction of the Chairman, the Finance Chairman shall implement such programs as the State Committee or its Executive Committee shall approve to obtain financial support for the State Committee. The Finance Chairman, either in person or by representative, shall give a report on the present fundraising activities and projected fundraising activities. The Chairman shall establish a Finance Committee, whose primary purpose is to establish and implement a program for raising funds, and may include creating subsidiary committees and event committees as necessary.

Treasurer and Assistant Treasurer: The Treasurer shall keep a true record of all funds received and disbursed. The Treasurer shall assist the Chairman in preparing and submitting to the Executive Committee a proposed budget and will strive for an unencumbered, annual, balanced budget. The Treasurer shall, from time to time, advise the Executive Committee of the State Committee's financial condition and advise the Executive Committee of any expected shortfall in the Committee's proposed income. The Treasurer shall also be responsible to ensure all reporting requirements under Section 527 of the 1986 Internal Revenue Code, as amended (the "Code") are completed. The Assistant Treasurer shall assist the Treasurer in the discharge of his or her duties. The Chairman shall, from time to time, designate one or more persons, who may or may not include the Treasurer or Assistant Treasurer, to sign all checks of the State Committee; provided, however, that all expenditures, disbursements and transfers of the State Committee's funds shall have the prior approval of the State Chairman or, if delegated by the Chairman, the Vice Chairman and the Treasurer or Assistant Treasurer. An audit of all funds shall be conducted every election year, and a review shall be conducted in all non-election years and as directed by the Executive Committee. Such audit and review shall be performed by a professional certified public accountant, chosen by the State Chairman with the approval of the Executive Committee. The results of this audit or review shall be reported back to the Executive Committee. The Treasurer shall discharge his/her duties on behalf of the Republican Party as required by State Statutes (RSA 664:13) and federal law.

Secretary and Assistant Secretary: The Secretary shall keep an accurate record of all proceedings of the State Committee, the Executive Committee, and of all subcommittees. The individual shall perform the duties and assume the responsibilities usual to the office of Secretary. The Assistant Secretary shall assist the Secretary in the performance of these duties and shall serve in the absence of the Secretary.

ARTICLE III: The National Committeeman and Committeewoman

The National Committeeman and Committeewoman shall be elected by a majority vote of the members of the State Committee at the Republican State Committee meeting immediately preceding the Republican National Convention and serve a four year term from the adjournment

of the National Convention until the adjournment of the following National Convention. Candidates shall be registered Republicans, but need not be State Committee members, to be eligible. In the event of a vacancy of a National Committeeman or Committeewoman, the State Chairman shall appoint, subject to a two-thirds approval by the Executive Committee, a replacement to serve until the end of the term or until the next meeting of the State Committee, whichever is sooner. Any National Committeeman or Committeewoman may be removed at any time by two-thirds of the members of the State Committee or by two-thirds of the members of the Executive Committee. No vote to remove any National Committeeman or Committeewoman shall be valid unless each member is notified of the proposed action by mail, at least five days before the vote is taken.

The National Committeeman and Committeewoman shall have the same responsibility along with the Chairman, to attend all meetings of the Republican National Committee, to represent New Hampshire's interest on the National Committee and to serve as liaisons between the RNC and the State Committee. They shall work to preserve our First in the Nation Primary and shall remain strictly neutral during all Presidential and State Primaries. In the event that the Committeeman or Committeewoman resigns in order to participate in a Primary, he or she will not be eligible to run for election at the immediate subsequent election of the National Committeeman or Committeewoman. (Also see Article I Sec. 4a)

ARTICLE IV: The Executive Committee

Composition:

The Executive Committee shall consist of the Chairman, the Vice Chairman; the National Committeeman; the National Committeewoman; the Finance Chairman; the Treasurer; the Assistant Treasurer; the Secretary; the Assistant Secretary; the Assistant to the Chair for Recruitment; the five Regional Vice Chairmen; the ten County Chairmen; the City Chairmen who qualify under Article VI; the President of the New Hampshire Federation of Republican Women; the President of the New Hampshire Young Republican Federation; the Chairman of the New Hampshire College Republicans; representatives, designated in writing, of each Republican member of the United States Senate and the House of Representatives; of the Republican Leader of the New Hampshire State Senate, selected by a majority vote of the Republican Caucus; of the Republican Leader of the New Hampshire House of Representatives, selected by a majority vote of the Republican Caucus; of the Republican Governor and one Republican member of the Executive Council (chosen among themselves). Voting members of the Executive Committee may designate a surrogate, in writing, to attend the Executive Committee meetings on their behalf and to vote in their stead.

The Executive Committee shall meet at least six times per year, at the call of the State Chairman or upon the call of at least one-third of the membership thereof. The State Chairman shall preside at all meetings of the Executive Committee. The Executive Committee shall have all the powers, authority and responsibility of the State Committee between meetings of that body, and its decisions shall be effective until permanent action shall be taken by the State Committee. Meetings of the Executive Committee shall be governed by the current edition of "Robert's Rules of Order, Newly Revised, General Henry M. Robert," (RONR)" except when such rules are inconsistent with these bylaws. The bylaws will prevail when inconsistent with the above rules of order.

Duties:

When the State Committee is not in session, the Executive Committee shall have full charge of the affairs of the State Committee and shall have all the powers and authority of the State Committee including, without limiting the generality of the foregoing, the power to fill any vacancy among the officers of the State Committee, or in any other office of the Party for which no other provision is made.

The Executive Committee shall have the power to fill vacancies at Primary and other elections with respect to which the Republican State Committee is authorized to act under State Statute, except that vacancies involving the office of Governor, United States Senator or Representative in Congress shall be filled only by the Republican State Committee.

Meetings of the Executive Committee may be called by the Chairman on his or her own initiative, and shall also be called by him or her upon the written request of at least one-third of the members of the Executive Committee. Notice of any such meeting shall be mailed to each member at his or her last known address at least ten days before the day of the meeting, provided, however, that when, in the opinion of the State Chairman an extraordinary or emergency situation exists requiring lesser notice, a meeting may be called by the Chairman provided that telephone contact is made and/or notice is given at least forty-eight hours before the time of the meeting and that a quorum for emergency situations shall consist of at least one-third of the Executive Committee. (Also see Article I Sec. 4a)

Compensation:

The State Chairman may be paid such compensation as the Executive Committee approves, and shall be the only compensated officer of the State Committee.

Those members appointed to the Executive Committee by the Chairman shall not have a vote with respect to the salary of the Chairman.

All other members of the Executive Committee shall receive no compensation for attending



ABOUT ⌄   NEWS   TAKE ACTION ⌄   EVENTS

2024 ANNUAL MEETING   CAREER OPPORTUNITIES

STORE   FIRST IN THE NATION LEADERSHIP SUMMIT



DONATE

-

Conflict of Interest:

To avoid a conflict of interest or the appearance of impropriety, a member of the Executive Committee of the Republican State Committee shall not participate in nor be present for any matter in which they, their spouse or dependent has a private interest that may directly or indirectly affect or influence the performance of their duties. Further, a member shall not disclose or use confidential or privileged information acquired in the performance of their duties

for personal benefit or for financial gain. The Executive Committee may vote to remove from office any person who violates these provisions. (Also see Article I Sec. 4a)

ARTICLE V: County and City Committees

1.Composition:

Elected State Committee Members: As provided by State Statutes (RSA 661:10, RSA 667:22), each County and recognized City shall have a County and City Committee comprised of the number of members apportioned to it by the State Convention of the Republican Party, and the members of each County Committee shall be elected by the Party nominees and delegates from each County and City to the State Convention as provided by such statute. Members so elected shall be designated as members of the State Committee, with voting privileges. These members of the State Committee shall also serve as members of their County and City committees.

Non-Voting Members: County or City bylaws shall encourage the acceptance of additional members, however such members of the Local Committee shall not be voting members of the State Committee and are not allowed to vote for the officers of the County Committee. County or City Committees shall encourage the designation of "social,""associate,""county" or other similar named members to have voting privileges in all other matters which do not constitute official State Committee business. (Also see Article I Sec. 4a)

Town and City Committees: Any City or Town whose population is equal to or greater than the population of the least populous county shall qualify for representation by their City or Town Committee Chairman on the Executive Committee. Members of the Executive Committee shall vote to accept application for representation by the City or Town committee upon demonstration by the City or Town committee of eligibility based on population. The Executive Committee may vote to deny representation whenever the City or Town Committee is unable to demonstrate eligibility. All Cities or Towns whose Committees are represented on the Executive Committee shall be referred to as City Committees. (Also see Article I Sec. 4a)

2.Meetings:

The County Chairman, within 45 days following their election, shall notify all constituent town and city committees either: (1) hold a meeting for the purpose of electing officers, or (2) file with the State Chairman a copy of its previously adopted bylaws and a list of officers and committee members for the Town and City who have been elected in accordance with those bylaws, after published notice of meetings. The County Chairman shall also provide the State Chairman with the names, addresses and phone numbers of officers and members of the County and local Republican Committees.

3.Caucuses:

The State Chairman will also call biennial meetings of the Party nominees and elected Party delegates for the purpose of holding a caucus to elect members of the State Committee. These meetings must take place during the period beginning immediately following the biennial election and ending by December 15th. All qualified registered Republicans nominated shall be included on the ballot for consideration of election at these meetings. All voting shall be conducted by printed ballot, unless the race is uncontested. The State Chairman will be responsible for

notifying all party nominees and elected Party delegates by mail at least ten days before the day of the meeting. Only members of the State Committee shall elect the County Committee officers.

Establishment of New Town or City Committees: In the event that a Town or City fails to organize, the County Chairman may appoint a temporary Chairman for the purpose of establishing an organization in said Town or City. They shall hold that office until the close of an organizational meeting, which must be held by the end of February, in the year following the biennial election. In the event that the County fails to organize by the end of February, in the year following the biennial election, or the County Chairman fails to appoint a temporary Chairman of any Town or City herein provided, then the State Chairman will make such appointment and undertake all steps to conduct an organizational caucus.

ARTICLE VI: Regional Committees

Regional Committees may be formed for the purpose of carrying out State Committee activities and strengthening party unity within County lines. A Regional Committee shall be composed only of members who are residents of towns or cities that form a contiguous land area and shall have been created and approved by a vote of the Executive Committee.

Creation of a Regional Committee shall not affect the overall membership or governance of the State Committee. However, upon approval and formation of a Regional Committee, such Committee shall have the right to elect their own officers, adopt their own bylaws and conduct activities of the State Committee, within their respective area. (Also see Article I Sec. 4a)

ARTICLE VII: Procedures Generally Applicable to Committees, Boards,and Other Groups Hereunder

The following provisions shall govern the conduct of operations of all bodies governed by these bylaws: At least one-fourth of the total membership of anybody shall be necessary to constitute a quorum. Each member shall have one vote, and must be present to vote. In the event there is a vote for more than two candidates for one office, and if no candidate obtains a majority on the first ballot, then a second ballot shall be taken which will be limited to the two candidates having the largest number of votes on the first ballot.

Unless otherwise specifically provided, notice of any meeting shall be given by mailing a notice thereof to each member at their last known address at least ten days before the day of such a meeting. Nominations for all offices may be made by nominating committees provided that nominations may also be made from the floor.

In these bylaws, the words Chairman and Vice Chairman shall be used without respect to the sex of the holder of the office.

ARTICLE VIII: Amendments

Amendments to the bylaws may be submitted in writing, along with a brief explanation for the proposed amendment by a member of the State Committee to the Executive Committee. The Executive Committee will meet to discuss and consolidate such proposed amendments and shall place proposed amendments on the agenda of the next meeting of the Committee. All members

will be notified of proposed amendments to the bylaws prior to the meeting of the Committee. Amendments to these bylaws will require a two-thirds majority of those present and voting for adoption, and will take effect at the close of the meeting of the State Committee at which they are adopted.

ARTICLE IX: Calendar Year

The State Committee shall adopt a calendar year-end for tax and accounting purposes.

ARTICLE X: Waiver of Notice

Whenever any notice is required to be given to any member of the State Committee or member of the Executive Committee by these By-laws or the Articles of Agreement or the laws of the State of New Hampshire, a waiver of the notice in writing, signed by the person or persons entitled to the notice, whether before or after the time stated therein, shall be deemed equivalent to giving notice.

ARTICLE XI: Indemnification

Personal Liability of members of the Committee, members of the Executive Committee and Officers. Each member of the State Committee, member of the Executive Committee, and officer shall be indemnified by the State Committee against personal liability to the State Committee or its members for monetary damages for breach of fiduciary duty as a member of the State Committee, member of the Executive Committee, or Officer, or both, except with respect to

Any breach of the member's, Executive Committee members, and/or officer's duty of loyalty to the State Committee or its members;

Acts or omissions which are not in good faith or that involve intentional misconduct or a knowing violation of the law; or

Any transaction from which the member, Executive Committee member or officer, or both, derive any improper personal benefit.

ARTICLE XII: Tax Exempt Status

These By-laws of the State Committee shall at all times be so construed and limited as to enable the State Committee to qualify and to continue qualifying as a voluntary committee organized and existing under the provisions of Chapter 292 of the Revised Statutes Annotated of the State of New Hampshire, as amended, and as a tax exempt political organization organized and operated for any purpose, for which an organization may be exempt under the provisions of Section 527 of the Code.

**Amended:** January 28, 2023

EXHIBIT  110







Our Platform

# STATEMENT OF PRINCIPLES

We, the duly elected delegates of the Republican Party of New Hampshire, in convention assembled, in discharge of the duty we owe to our constituents and our state, unite in the following Platform of Republican Principles:

We, the people of the New Hampshire Republican Party, do stand united in our dedication to preserving freedom, limited government, and unlimited opportunity for all.

We believe, above all else, in the founding principle that all people are created equal, endowed by our Creator with the right to life, liberty and the pursuit of happiness, unimpeded by intrusive government regulation and control.

We believe that the New Hampshire and United States Constitutions were written by our forefathers to limit our government, not our freedom.

We believe that individual liberty is guaranteed under the Constitutions of the United States and New Hampshire, that the liberty of the people must be protected above the power of the government, and that it is only through an adherence to our founding documents that we will continue to grow as a free, Constitutional Republic.

We believe that the Founding Fathers gave the 1st Amendment its preeminent position with intent that religious freedom deserves to be protected.

We believe that the 2nd Amendment is in a position of prominence with the intent that law–abiding citizens of the United States of America have a right to protect and defend their lives, their families

and their property without government infringement.

We believe in free people, free markets, and free enterprise.

We believe that happiness and success are the result of individual effort, hard work, and dedication to a purpose.

We believe that economies flourish when all people retain as much of their hard-earned income as possible, to spend and invest as they see fit.

We believe that low taxes are the result of low spending; that the government has a moral obligation to the people to be as cost effective as possible, to always limit spending and growth of government, and to cut spending and cost of government at every possible turn.

We believe that a strong national defense is necessary to preserve freedom and opportunity in America, and we believe that secure national borders are an integral part of a strong national defense.

We believe that freedom can exist only in a nation that is willing to defend it. The utmost honor must be bestowed upon those who are willing to serve and sacrifice in the United States Military. Let us never forget those whose greatest sacrifice has protected a free and strong America for all.

We believe that life is sacred, from conception to natural death and that we cannot diminish the value of one category of human life without diminishing the value of all human life.

We believe that traditional families are the foundation of strong communities, and that family life best nurtures love of country, faith in God, morality, and concern for others.

We believe that we the people are strongest when we stand together, that it is our responsibility to hold the government accountable and that it is through the integrity of the ballot box that we do so.

We believe that every child is filled with potential and is unique in their own right; as such we believe there is no one-size-fits-all education solution; we support expanded education choices, including but not limited to: education tax credits, charter schools, and homeschooling. We believe in local educational control, beginning with parents, teachers, and principals.

We believe as the New Hampshire Constitution states, that acquiring, possessing, and protecting property is a natural, essential and inherent right.

We believe that New Hampshire, with her rock-solid values and proud history of political activism, must preserve our  First In The Nation Primary position.

We believe that the history of the Republican Party is a story of strength, courage and patriotism; our party was founded in the fight to end the despicable practice of slavery, it was the Republican Party that fought for the right of all women to vote, it was Republicans in Congress who fought to overcome the southern Democrats' resistance to pass civil rights legislation and it is Republican values that will lead our nation forward in freedom and opportunity for all.

We believe that local governments should not be allowed to infringe on individual rights and that the state should ensure protection from such local government overreach.

We believe that the liberty of parents to direct the upbringing, healthcare, education, and wellbeing of their children is a fundamental right. Decisions regarding the upbringing, healthcare, education, and wellbeing of children should be the free choice of parents, acting on the children's behalf, unimpeded by intrusive government regulation and control.

We, the people of the New Hampshire Republican Party, pledge to our neighbors across our great, beautiful, and proud state, that we remain dedicated to maintaining a limited, affordable government, to lead with integrity, character and compassion, and to forever defend the freedom that has made the United States of America a beacon of hope for all people.

We support legal immigration and believe that enforcement of immigration laws is in New Hampshire's best interests. Effective enforcement of both the northern and southern borders will combat the severe adverse societal impacts of illegal immigration such as drug smuggling, human trafficking, child exploitation and gang violence.

We oppose amnesty for anyone who enters New Hampshire illegally. Giving amnesty to illegal immigrants undermines the system and encourages a wide range of illegal activity. We encourage the enforcement of trespassing laws on New Hampshire conservation and private lands. New Hampshire agencies should assist affected landowners in apprehending and prosecuting criminal trespassers and in appropriate tort or property damage claims. We support enforcement of federal immigration laws, condemn lawlessness and oppose the formation of sanctuary cities.

We believe dumping toxic chemicals into the air in order to mitigate the supposed threat of global warming by blocking the sun is insane and dangerous, that geoengineering in all its forms must be opposed in order to preserve the beauty and environment of New Hampshire.

"That the history of the nation during the last (six) years has fully established the propriety and necessity of the organization and perpetuation of the Republican Party, and that the causes that called it into existence are permanent in their nature, and now, more than ever before, demand its peaceful and constitutional triumph...

That the present Democratic Administration has far exceeded our worst apprehensions in its measureless subserviency to the exactions of (special) interests...and in its general and unvarying abuse of the power entrusted to it by a confiding people...

That the people justly view with alarm the reckless extravagance which pervades every department of the Federal Government; that a return to rigid economy and accountability is indispensable to arrest the systematic plunder of the public treasury by favored partisans...(and)

Finally, having thus set forth our distinctive principles and views, we invite the co-operation of all citizens, however differing on other questions, who substantially agree with us in their affirmance and support." – Republican Platform, 1860

# APPLICATION OF PRINCIPLES:

## JOBS AND ECONOMY

IMPROVING NEW HAMPSHIRE'S BUSINESS CLIMATE

- Remove barriers to business formation and encourage small businesses
- Minimize business regulations, permits, licenses and paperwork
- Keep state government lean to allow lower business taxes
- Foster an attitude of assistance and cooperation with business and increase responsiveness
- Prefer incentives to penalties and issue warnings before fines
- Work with municipalities to streamline planning and zoning barriers to business
- Support the development of a robust telecommunications and technology infrastructure throughout New Hampshire
- Support cost-efficient means to protect, develop and market agricultural, forest and high value natural resource products

## NEW HAMPSHIRE'S WORKFORCE

- Uphold the right to join or avoid labor unions without coercion or intimidation; support "right to work" legislation
- Support legislation to allow workers to decide the allocation of the portion of their union dues used for political purposes
- Encourage apprenticeships
- Support the concept of "merit pay"

# TAXES AND SPENDING

## LOW TAXES ARE THE RESULT OF LOW SPENDING

- Strongly oppose new taxes and fees, including an income, sales and capital gains tax
- Cut or eliminate taxes which inhibit enterprise, earnings and savings and investment, such as the Interest and Dividends Tax and the Business Enterprise/Business Profits Tax
- Limit the growth of state spending to not more than the rate of inflation plus population growth
- Require supermajorities to raise taxes
- Oppose "downshifting" of costs and regulatory enforcement from state to local government
- Maintain local control of spending and taxes designed to support local services
- Work to reduce energy costs and remove New Hampshire from the Regional Greenhouse Gas Initiative
- Reject expanded casino and video lottery gambling as a means to balance the budget or increase spending

# GOVERNMENT STRUCTURE

- Justify expenditures against measurable benefits
- Prioritize programs to ensure effective spending
- Reward employees who save money and/or exceed their goals
- Sunset programs and regulations to force periodic reevaluation
- Privatize programs and functions that can be handled more effectively by the private sector
- Ensure that public employee benefits are similar to and do not exceed those of the private sector
- Support the concept of a people's veto
- Expand openness and transparency to employment, expenditures and all recipients of taxpayers' funds

- Protect the privacy of individuals from government agencies and employees who abuse their power and position

# HEALTH

- Support the repeal of Obamacare and oppose its implementation in New Hampshire
- Allow free market driven health care plans and "ala carte" insurance plans free from government mandates
- Allow the purchase of insurance plans across state lines
- Allow for "portability" of health care plans
- Increase the use of market forces to improve health care and lower costs
- Improve access to the information necessary to make informed health care decisions, including information about the quality and cost of services provided by physicians, hospitals and insurers
- Require informed consent, free from coercion, with regard to all medical treatment and intervention, including abortion procedures and gender reassignment therapy or surgery.
- Support the prevention and elimination of payment for all unnecessary medical procedures covered by or proposed to be covered by Medicaid.
- Support the moral and ethical right of informed consent with regard to all medical treatment and intervention
- Provide for the special needs of seniors, including opportunities for personalized home health care and less expensive alternatives to hospital stays and prescription medication
- Respect New Hampshire's honored veterans by ensuring that they receive the benefits they have rightfully earned and deserve, particularly by combating homelessness and making all medical facilities available to qualified veterans

# EDUCATION

## EXCELLENCE IN EDUCATION

- Promote education freedom and parental rights to control the education of their children
- Encourage education freedom to allow all parents to choose the best public, private, charter or home school program for their children
- Expand education tax credits and support universal education freedom accounts
- Repeal the Blaine Amendment to end discrimination against religious schools
- Support market forces to provide and improve education
- Support the right for biological females to compete in sports exclusively amongst themselves
- Teach that no one race or sex is inherently superior or inferior to another
- Teach that America is NOT a racist country
- Prohibit public schools and universities from maintaining or funding diversity, equity, and inclusion (DEI) programs
- Promote legislation for age appropriate materials that are not harmful to minors in school and public libraries
- Pass parent's rights legislation and/or constitutional amendment
- Promote accountability and transparency in education
- Support self-funded home education and resist efforts to enact greater government control and regulation of home education.

## LOCAL CONTROL AND FUNDING OF PUBLIC SCHOOLS

- Promote local control of education policy and funding in order to create the best-managed school systems
- Amend the Constitution to overturn the poorly decided Claremont rulings and return educational funding and policy to the people at the local level
- Remove mandates, particularly unfunded mandates, as a condition for receiving state or federal aid
- Common Core (CCSSI) should be abolished in New Hampshire in order to protect local control of education, students, their families and teachers, and to prevent invasions of privacy and to prevent impingements on school choice

## THE CLASSROOM

- Emphasize knowledge attainment and academic achievement
- Support freedom of speech at all education levels
- Emphasize marketable skills at the high school and post-secondary levels
- Support innovative measures to reduce tuition costs and increase national competitiveness
- Promote personal responsibility and consequences for one's actions
- Implement the nation's highest competency and accountability standards for our superintendent, principal, teachers, and students; empower teachers to maintain orderly, disciplined classrooms
- Eliminate tenure and institute merit pay
- Reform the teacher certification process to include participation by individuals outside the standard education paradigm whose experiences will elevate appreciation for knowledge in the classroom
- Enable and encourage a momentary silent prayer or reflective silence in the classroom along with the Pledge of Allegiance at the start of each school day

# THE FAMILY

- Support the pre-born child's fundamental right to life and personhood under the Fourteenth Amendment, and implement all Constitutional and legal protections
- Encourage individuals and organizations who provide alternatives to abortion by meeting the needs of mothers through adoption, support, counseling and educational services
- Require parental consent for minors seeking abortions, ban the use of public resources to fund or promote abortion, support the unity of the family and the sanctity of innocent life, and support similar efforts at the federal level
- Recognize marriage as the legal and sacred union between one man and one woman as ordained by God, encouraged by the State, and traditional to humankind, and the core of the Family
- Maintain the fundamental role and responsibility of both parents in the care, upbringing and discipline of their children
- Oppose euthanasia and physician assisted suicide
- Support a Life at Conception Act guaranteeing the protections of Life and Personhood to the pre-born under the Fourteenth Amendment of the US Constitution
- We believe that the children's best interest is to have a substantial relationship with each parent and the government should only interfere with that relationship with just cause
- Defend women's sports against biological males
- Protect women against biological males in locker rooms
- Require a person to attain the age of majority before gender reassignment surgery

# LAW AND ORDER

- Protect the rights of law-abiding individuals to own and carry firearms to defend themselves, their families and their property; oppose any taxation, licensing restrictions, or registration of firearms; oppose the requirement to obtain a license to carry a concealed firearm; oppose any "assault weapons" ban; support the universal right of self-defense wherever one has a legal right to be
- Ensure due process rights of those accused of child abuse or neglect
- Establish strict laws against sexual predators including life incarceration as appropriate
- Strengthen prosecution and fair enforcement of death penalty laws
- Prosecute violations of election law and ensure voting is done by New Hampshire resident citizens only; to prevent voter fraud we support the requirement to produce positive identification upon both registering and voting
- Support the State's Constitutional right to determine legal restrictions on possession of controlled substances

# THE JUDICIARY

- Demand the appointment of judges who recognize their proper and limited interpretive role, relying only on the original intent of the federal and state constitutions
- Implement reasonable and periodic oversight of judicial officers, including term limitations
- Support the constitutional right of citizens to petition the general court for redress of grievances
- Support the people's oversight of the Judiciary through their elected Legislature
- Provide instructions for juries in criminal proceedings that they have the power both to judge the facts and the application of the law to those facts
- Recognize that the Supreme Court of the United States correctly decided the New York State Rifle & Pistol Association, Inc. v. Bruen, a landmark case, relative to the personal carry of firearms which broadly requires an originalist interpretation of our constitution for future legal cases and oppose any laws contrary to the originalist interpretation of the Second Amendment

# THE ENVIRONMENT

- Recognize that private property owners are the most effective land stewards and have a fundamental right to freely use and enjoy their property
- Promote conservation of open space, sensitive ecosystems, wildlife, scenic vistas, historic and cultural landscapes, and especially New Hampshire's state historic sites
- Require that all energy and infrastructure projects constructed within New Hampshire be constructed in a manner which does not negatively affect New Hampshire's natural beauty and personal property values
- Encourage landowners to keep their property open and accessible to responsible recreation
- Provide public access to all public lands and great ponds, subject to adequate protection for indigenous plants and animals
- Encourage private development of a balanced, safe and environmentally sensitive transportation system to provide greater commuter and commercial access to and within our state
- Improve highways and reduce traffic congestion to increase access to recreation and tourism in rural areas

- Support policies that encourage research and development of our energy resources, including natural gas, hydroelectric power, nuclear energy and new technologies

## FEDERALISM

- Demand the enforcement of national border security and immigration laws
- Oppose any form of amnesty for illegal aliens
- Define trespass to include illegal presence in New Hampshire
- Oppose federal programs that contradict the ninth or tenth amendment to the US Constitution; these amendments reserve unenumerated rights and powers to the states and the people
- Oppose all laws, programs, and mandates from local, national, and international organizations and governments contrary to our principles: including, but not limited to, educational standards, United Nations programs, international treaties, sustainable development initiatives, wealth redistribution plans, and punitive environmental controls
- Take any and all actions possible to protect against the implementation of any part of Sharia law in New Hampshire, including legislation outlawing Sharia law
- Prosecute violations of election law and ensure voting is done by New Hampshire resident citizens only; to prevent voter fraud we support the requirement to produce positive identification and proof of citizenship upon registering at your city or town clerk and on voting day during same day registration. A signed affidavit is not adequate proof of domicile or citizenship
- Support enforcement of federal immigration law and condemn lawlessness
- Oppose so-called 'sanctuary' policies that inhibit the enforcement of federal immigration law
- Support merit-based legal immigration that is necessary and beneficial to the United States of America
- Promote assimilation of legal immigrants seeking to achieve the American Dream
- Demand that Congress exercise their sole authority over war declarations and protect the New Hampshire National Guard by requiring a Congressional declaration of war prior to any National Guardsman deployment to overseas combat zones.

## PLATFORM ADOPTION

*The delegates of the New Hampshire Republican Party, in convention assembled, in Concord, NH, on April 13, 2024, pursuant to RSA 667: 21 I, do hereby adopt the foregoing Platform of Republican Principles.*

*May God forever bless the United States of America and the great State of New Hampshire.*



Join the Party

SUPPORT OUR

NEW HAMPSHIRE ADVANTAGE

FIRST NAME*

LAST NAME

EMAIL*

PHONE

ZIP CODE*

JOIN US



New Hampshire Republican Party
10 Water Street, Concord NH 03301

info@nhgop.org

PRIVACY POLICY

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Paid for by the New Hampshire Republican State Committee
Not Authorized By Any Candidate or Candidate's Committee



# EXHIBIT 111







## 2024 REPUBLICAN STATE CONVENTION ORGANIZATION COMMITTEE REPORT

APPORTIONING THE REPUBLICAN STATE COMMITTEE

WHEREAS, a convention is required by RSA 667:21 and Article I, 3, B, (2) of the New Hampshire Republican State Committee By–Laws (the "By–Laws"), to effect an organization for the New Hampshire Republican Party (the "Party"), for the following two years; and

WHEREAS, the term "County" shall in context of this resolution refer to the County and City Committees which by virtue of their population, have a representative on the Executive Committee and who may, pursuant Article V, 1, C of the By–Laws, elect to organize and operate separately from the County Committee in the county where they are located; and

WHEREAS, the Party nominees and delegates to the State Convention from each County are required after the November election to elect a County Committee on or before December 15, 2024, consisting of such number of persons as this Convention shall by vote apportion to each county; and

WHEREAS, the members of the committees thus chosen shall constitute the State Committee of the Party; and

WHEREAS, the County and City Committees that shall be designated as members of the New Hampshire State Committee Executive Committee are those as provided for in the By–Laws; and

THEREFORE, BE IT RESOLVED, that the membership of the County and City Committees of Republican Party for the ten counties and the City Committees of the cities of Concord,

Manchester, Nashua and Derry shall be identical in number and apportionment as the delegates authorized for this Convention by New Hampshire RSA 662:6, plus one for each County or City Chairperson, who shall be a member of his or her County or City Committee, plus the elected and appointed officers of the State Committee, plus the number of county government officials elected in each county, plus the Senate President of the New Hampshire State Senate (or the Republican Leader, if the President is not a Republican), the Speaker of the New Hampshire House of Representatives (or Republican Leader, if the Speaker is not a Republican) and the Governor of the State, if the Governor is a Republican. The membership shall also include a member of the Executive Council, chosen by the other Republican Councilors, and the Republican members of the Congressional Delegation, to wit:

Authorized Membership:

| County Committees | | Ex-Officio | |
|---|---|---|---|
| Belknap County | 26 | Chairman | 1 |
| Carroll County | 23 | Vice Chairman | 1 |
| Cheshire County | 30 | Secretary | 1 |
| Coos County | 17 | Asst. Secretary | 1 |
| Grafton County | 34 | Treasurer | 1 |
| Hillsborough County | 71 | Asst. Treasurer | 1 |
| City of Manchester | 33 | Regional Vice Chairmen | 5 |
| City of Nashua | 27 | County and City Chm. | 14 |
| Merrimack County | 40 | Finance Chairman | 1 |
| City of Concord | 13 | Asst. for Recruitment | 1 |
| Rockingham County | 89 | FEC Compliance Officer | 1 |
| Town of Derry | 10 | National Committeeman | 1 |
| Strafford County | 46 | National Committeewoman | 1 |
| Sullivan County | 21 | Governor (if Republican) | 1 |
| | | Senate President (or GOP Leader) | 1 |
| | | House Speaker (or GOP Leader) | 1 |
| | | Executive Councilor | 1 |
| | | Congressional Delegation (GOP only) | 4 |
| **Total RSA 662:6 + 8 county officials:** | **480** | **Total Ex-Officio** | **38** |

| Grand Total | 518 | | |
|---|---|---|---|

BE IT FURTHER RESOLVED, that each committee within the above limits shall be constituted without regard to race, creed, sex or national origin; and

BE IT FURTHER RESOLVED, that as soon as possible after the November election, but prior to and including December 15, 2024, the Party nominees and Party delegates elected from the several counties and cities identified above shall caucus in accordance with Article V, 3, A of the By–Laws for the purpose of electing members of the State Committee for the 2025–2026 biennium. The State Committee Chairman will be responsible for notifying all Party nominees and elected Party delegates by mail at least ten days before the day of the caucus. The results shall be reported to the State Committee Chairman no later than December 15, 2024.

BE IT FURTHER RESOLVED, that the membership of each County and City Committee may be apportioned geographically in the same manner as the delegates are elected to this convention pursuant to RSA 662:6, except as otherwise permitted by the Executive Committee of the New Hampshire Republican State Committee or the By–Laws.

BE IT FURTHER RESOLVED, that By-Laws amendments enacted during the 2025–2026 biennium affecting the subject matter of this Organization Report, i.e., the organization of and membership in the State Committee, shall be deemed to automatically modify inconsistent provisions of this Organization Report with no further action by the Convention.

Submitted this 13th day of April 2024

*Rep. Wayne MacDonald*

*Joseph Gagnon*

*Liz Barbour*

# Join the Party

## SUPPORT OUR

## NEW HAMPSHIRE ADVANTAGE

| FIRST NAME* | LAST NAME |
|---|---|
| EMAIL* | PHONE |



ZIP CODE*

JOIN US



New Hampshire Republican Party
10 Water Street, Concord NH 03301

info@nhgop.org

PRIVACY POLICY

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Paid for by the New Hampshire Republican State Committee
Not Authorized By Any Candidate or Candidate's Committee

