IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

J<small>ORGENSEN</small>, E<small>T AL</small>.

          P<small>LAINTIFF</small>(<small>S</small>),

v.

          Case No.  **1:24-cv-00020-LM-AJ**

NH S<small>ECRETARY OF</small> S<small>TATE</small>, E<small>T</small> A<small>L</small>,

          D<small>EFENDANT</small>(<small>S</small>).

**PROPOSED STATEMENT OF UNDISPUTED FACTS**

1. On January 28, 2023, the New Hampshire Republican State Committee, (a/k/a "the Republican Party of New Hampshire", "NHGOP") held its annual meeting. *See* Minutes of Annual Meeting, New Hampshire Republican State Committee. *See* Compl. ¶¶ 6 – 7, Exhibit A (ECF 1-1); Am. Compl. ¶¶ 20 – 21, Exhibit A (ECF 31-1).

2. The meeting was called to order by Chairman Stephen Stepanek at 10:05 a.m. *Id*.

3. At the meeting, Chris Ager was elected Chairman, and JR Hoell was elected Regional Vice Chair #5. *Id*.

4. Newly elected Chair Ager invited Chris Buda to the podium to discuss the eight (8) bylaw amendment proposals before the committee to be deliberated. *Id*.

5. Karen Testerman moved to adopt Amendment #5 regarding closed primaries. A voice vote on the amendment was called and the chair ruled that there was no clear vote on the voice

vote and further ruled that the amendment failed because there was not a 2/3rds voice vote in favor. *Id*.

6.   There was more discussion on Amendment #5.  There was a motion to overrule the chair's order on the vote on Amendment #5.  Motion failed on a voice vote. *Id*.

7.   During discussion on Amendment #6, J.R. Hoell moved that (due to the contention about Amendment #5) Resolution #2 (also regarding closed primaries) should be addressed at this time.  Karen Testerman moved for the adoption of Resolution #2 which was seconded by Gary Whitehill.  The voice vote was inconclusive.  There was a standing vote and the motion was ADOPTED. *Id*.

8.   Resolution #2, as adopted reads as follows:

### RESOLUTION TO RESTRICT THE PRIMARIES TO REGISTERED REPUBLICANS

**Whereas** the Republican Party is a private organization whose membership choses [sic] their nominees during the primary election;

**Whereas** registered "undeclared" voters can influence the outcome of the nominations;

**Whereas** sufficient time exists for a voter to declare their party affiliation prior to the day of voting;

**Whereas** the Revised Statute Annotated 659:14 clearly states "…if the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary…"; and **Whereas** the Secretary of State David Scanlan stated in communications "the political parties determine who can participate in their primary" now, therefore be it:

**Resolved that:**

1.   the Republican State Committee adopts the rule that only voters who register a Republicans 30 days prior to the primary election may receive and mark a Republican ballot for the primary election;

    2.    the party chairman notifies the secretary of state in writing prior to the filing period of the state offices that the Republican Party of New Hampshire had adopted the rule that only voters registered as Republicans prior to any primary election may receive a Republican ballot;

    3.    pursuant to RSA 659:14 II, the secretary of state shall include on the voter instruction cards required by RSA 658:28 that the Republican Party of New Hampshire has adopted a rule that does not allow a person who is registered as an undeclared voter to vote in the party's primary;instructs the Secretary of State for the state of New Hampshire that any voter requesting an absentee ballot for the Primary election must be registered as a Republican 30 days prior to submitting a request for a Republican absentee ballot; andurges the Secretary of State to adjust all voting materials to reflect this requirement for prior registration to receive a Republican ballot for the Primary election.
Mover: Karen Testerman, 603-721-9933
Seconders: Omer J Ahern, Jr., Jose Cambrils, Dave Rivers, Joe Abasciano, Dave Testerman, Tricia Jorgensen, Eli Clemmer, Cathy Qi, Eddi Qi, Gary Whitehall, Alyssa Ehl.
<u>See</u> <u>Compl</u>. Exhibit C, pg. 3 (ECF 1-1); <u>Am. Compl</u>. Exhibit C, pg. 3 (ECF 31-1).

9.    On February 15, 2023, NHSRC Regional Vice Chair #5 JR Hoell resigned as a full-voting member of the Merrimack County Republican Committee ("MCRC"). <u>See Statement of Undisputed Facts</u>, **Exhibit 101** – Resignation Email of JR Hoell, dated 02/15/2023.  Therefore, as of February 2023, MR. Hoell had no authority within the MCRC.

10.    On October 6, 2023, MCRC county Chairman Karen Testerman emailed NHSRC party Chairman Chris Ager, notifying him of his fiduciary obligation to fulfill adopted Resolution #2, and notify the Secretary of State that the Republican Party of New Hampshire wishes to make it

clear that their presidential primary is a "closed" primary, and to notify the appropriate Supervisors of the Checklist that no undeclared voter will be allowed to vote in the upcoming 2024 Presidential Primary, unless they have registered with the party at least 30 days prior to the primary election.  <u>See</u> <u>Compl</u>. ¶ 10, Exhibit C (ECF 1-1); <u>Am. Compl</u>. ¶ 27, Exhibit C (ECF 31-1).

11.   In a reply email also dated October 6, 2023, from NHRSC party Chairman Chris Ager to MCRC county Chairman Karen Testerman, that based on his communications with the Secretary of State, that the *"Resolution violates state law and cannot be adopted."* .  <u>See</u> <u>Compl</u>. ¶ 11, Exhibit D (ECF 1-1); <u>Am. Compl</u>. ¶ 28, Exhibit C (ECF 31-1).

12.   The reply email from Chair Ager also states that his suggestion that a Bylaw to "close" the primary would be binding, and that he would help with its drafting before the next annual meeting in January 2024.  <u>See</u> <u>Compl</u>. ¶ 12, Exhibit D (ECF 1-1); <u>Am. Compl</u>. ¶ 29, Exhibit C (ECF 31-1).

13.   In an October 26, 2023 news article, Secretary of State David Scanlan is quoted as saying:

> "I have received no such letter that would require me to make any change . . . . The presidential primary will be conducted in the same manner it has been conducted for decades.  The party chair is required to write a letter to the Secretary of State to inform him or her of any change in party rules that would determine who can participate in a party primary and that letter has to be delivered before the filing period for office opens up."  https://indepthnh.org/2023/10/26/gop-resolution-wont-change- presidential-primary/.

14. On October 6, 2023, Norman J. Silber e-mailed Secretary of State David Scanlan requesting copies of any "written notice from the chair of the NHGOP [to the Secretary of State] of the adoption by the NHGOP of a rule permitting 'a person who is registered as an undeclared voter to vote in the party's primary." <u>See</u> <u>Complaint</u>, Exhibit B (ECF 1-1).

15. On October 9, 2023, Secretary of State Scanlan replied by e-mail, stating: "In response to your RSA 91-A request my office has not been able to locate any 'written notice' of a Republican State Party rule change relative [to] which voters can participate in a New Hampshire primary election.  The current practice of permitting undeclared voters to declare affiliation with the Republican Party and then change back to unde3clared or remain in the party after voting has been in place for decades." <u>See</u> <u>Complaint</u>, Exhibit B (ECF 31-1).

16. To-date, the Party's Bylaws ([https://nh.gop/bylaws/](https://nh.gop/bylaws/)), the Party's Platform ([https://nh.gop/platform/](https://nh.gop/platform/)), and the State Convention Organization Committee Report ([https://nh.gop/organization_report/](https://nh.gop/organization_report/)) ***are silent*** as to whether the Party has adopted such a rule to authorize Undeclared Voters to vote in the Party's primary.  <u>See</u> <u>Compl</u>. ¶ 4,(ECF 1-1); <u>Am. Compl</u>. ¶ 17, (ECF 31-1).

17. Chris Ager is the Chairman of the New Hampshire Republican State Committee.

18. Chris Ager was the Chairman of the New Hampshire Republican State Committee at the time the Plaintiffs filed their Complaint.

19. The New Hampshire Republican Presidential Primary Election took place on January 23, 2024.

20. The Secretary of State's Office reported statewide results for the New Hampshire Republican Presidential Primary Election in January of 2024.

21. The United States Republican Party chose its nominee for the Office of President of the United States on July 18, 2024.