# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

JORGENSEN, ET AL.

                                                   PLAINTIFF(S),

v.

                                                   Case No.  **1:24-cv-00020-LM-AJ**

NH SECRETARY OF STATE, ET AL,

                                                   DEFENDANT(S).

## PROPOSED ORDER

The Motion for Injunctive Relief is hereby granted on an emergency basis due to the immediacy of the upcoming state elections. In order to preserve rational access to underlying fundamental rights of Plaintiffs under the State Constitution to a fair and reliable election it is necessary and proper to ensure voter ballots are maintained in condition allowing audit of the process, if later challenged. Without injunctive relief, Plaintiffs will suffer irreparable harm from the combination together of all ballots tendered without practical method later to audit those ballots claimed to be illegitimately cast.

Individual plaintiffs Karen and David Testerman assert illegitimate manipulation of state and party rules and laws which represent substantive conditions of irreparable harm and political manipulation of the voting process by political actors, rendering an illegitimate outcome at law.

Both past primary and upcoming 2024 elections are affected. Due to the immediacy of the upcoming Primary election, followed by the general election and to prevent further injury to the individuals and ongoing injury to other voters this order is issued as the least restrict

means of maintaining Plaintiff's claim and preserving their rights, yet not interfering or stopping the election process.

Just as other major elections (Bush v. Gord) have been subject to audit, recount, and litigation, so this election requires *preservation of the plaintiff's right to challenge and litigate the vote-process* which they assert has been violently and illegitimately manipulated to alter vote outcomes. To maintain trust in the state election process here requires the court's protection by granting this limited emergency motion for relief.

The Secretary of State is ordered to instruct all moderators to mark all ballots issued to **registered Undeclared voters** and **Same-day registered voters** with an indelible red ink stamp in the upper right corner of the ballot in order to preserve the ballots for later audit if found necessary.

Without this identifying mark on each ballot (on each page if multiple pages make up the ballot), no audit can be possible.

This order does not order an audit per se, but acts to prevent integrating the class of ballots under challenge as **illegitimate** under legitimate requirement for constitutional voters to vote. It makes a future audit possible. Without minimal tagging for later sequestration audit is not possible. Here, the current challenge is that political actors improperly illegitimately manipulated to expand and dilute a proper, legal, and reliable election outcome. The charges are serious, identified in the history and statement of facts, and indicate that without this emergency order, irreparable harm will result.

All registered voters will be allowed to cast a ballot but the ballots so marked will be sequestered for future audit.

Further this court finds the Injunctive Relief is necessary to insure the integrity of the election process and to secure the confidence of the voters in the September 2024 Primary as well as all future Presidential and State Primaries.

This order remains in effect subject to further order of the court.

On the question of standing, plaintiffs demonstrated under prior case law that one person is enough (to have standing to access to court process to question the application of the law in question. add bob's four citations)  Here, the court has not found that there is a magic number in law. The harm to one is capable of being applied to others, but the constitutional requirement of equal protection to all is paramount. Here, the concept to prevent party-level vote manipulation (raiding one party to vote to spoil another party's choice of candidate on a later ballot) uses manipulation of rules and law as an illegitimate basis is the allegation of a widespread national scheme. Plaintiffs have not yet had their day in court on the merits, the order for injunctive relief preserves their rights to adequate relief after trial on the merits. The court further orders waiver of Bond for Plaintiffs.

**SO ORDERED**

_____
Landya McCafferty
United State District Judge