**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**David Testerman,** *pro se*

**Karen Testerman,** *pro se*

*Plaintiffs*

*Vs*

**DAVID SCANLAN**
**SECRETARY OF STATE FOR NEW HAMPSHIRE, et al,**

*Defendants*

*Docket No.1:24-cv-00020-LM-AJ*

**AFFIDAVIT OF LYNN-DIANE BRIGGS IN SUPPORT OF**
**DAVID AND KAREN TESTERMAN**

I, Lynn-Diane Briggs, witness for the above-named plaintiffs, depose and offer to this court my following statement in support of my Friday, September 6, 2024 trial testimony:

1. Since the year 2020 I have been an Elections Ballot Clerk for the Town of Amherst, New Hampshire.

2. As a Ballot Clerk I am expected to follow the "Ballot Clerk Procedure" as attached as "EXHIBIT A" to this Affidavit.

3. Within my expected duties, I am required to *"Ask an undeclared Voter desiring to vote in a party primary to announce the name of the party in whose*

1

*primary he or she wishes to vote. (RSA 659:14)*. <u>See</u> pg. 1, par 1, of EXHIBIT A, and this question is asked during primary and general elections in both state-only and Federal elections.

4.      In addition, I am required to recognize:

> " *If a Voter registered as a member of a party wishes to change their party on primary day, direct the Voter to the supervisor's table and do not give the Voter a ballot. A voter who changes from one party to the other at the polls may not vote in the primary. (RSA 654:34, I(b))*" <u>See</u> Pg. 1, par 5, of EXHIBIT A.

5.      It has always been my understanding and training as a Ballot Clerk when I read RSA 654:34 (Change of Registration) regarding primary elections, that this law was designed for "all elections", State and Federal, because this state law which is shown within the "Ballot Clerk Procedure" (as indicated above) specifies "all elections" in paragraph I, section (b) and in paragraph II, section (b).

6.      To support my job description as a Ballot Clerk, at the end of RSA 654:34 at paragraph (Roman numeral) V, where the signature form is located, another State law, RSA 652:11 is the state law used to determine the "terms and conditions" of one's "Party", where it is clearly revealed that this law is used for Federal Elections, when it states: *"the office of governor or the offices of United States senators."*

7.     Next, State law RSA 659:14 (Special Provisions for State and Presidential Primary Elections) is also referred to in the "ballot Clerk Procedure" as I indicate in my *paragraph 3* above.

8.     This 'Special Presidential Provision' does not take the place of the 'General Elections Provisions', because this Special Provision refers to the use of "undeclared voter[s]".

> *"If the rules of a party permit a person who is registered as an undeclared voter to vote in the party's primary, any person desiring to vote in that party's primary shall also announce the name of that party at the time of announcing the person's name. No person shall be permitted to vote in any more than one party primary during any primary election."* <u>See</u> RSA 659:14

9.     Therefore, where the "undeclared voter" law RSA 654:34 is used . . . the law which refers to RSA 652:11 on the "undeclared voter" form (<u>see</u> *par 6 above*) must also be used for RSA 659:14, which is a special statute for Presidential primaries.

10.    What I am trying to say, is that State laws 659:14; 654:34, and 652:11, all support both State and Federal Elections, because they are all tied together.

11.    The importance of this as a Ballot Clerk is that I am not permitted to interpret the State law, but only abide by the plain language as written in each law, as every U.S. citizen is required to do. I am not permitted to say that I did not know

what the law is because I will be advised that "ignorance of the law is no excuse". I therefore simply read the law as it is written.

12.     Specifically, my job as a Ballot Clerk becomes extremely confusing and in many instances harmful and threatening to me when election officials and voters become angry at me when the State decides to change the State law which decide the cut-off date to change from an undeclared voter to a designated party.

13.     Specifically I am referring to RSA 654:32:

> Hearings on Alterations to Party Registration. –" *Before each state or presidential primary election, the supervisors of the checklist shall be in session before each primary for the change of registration of legal voters as provided in RSA 654:34 or 654:34-a or both. Before the presidential primary, the session shall be on the Friday preceding the first day of the filing period, between 7:00 p.m. and 7:30 p.m. and at the discretion of the supervisors for extended hours.* <u>*Before the state primary election, the session shall be on Tuesday before the first Wednesday in June between 7:00 p.m. and 7:30 p.m.*</u> *and at the discretion of the supervisors for extended hours*". RSA 654:32 - Emphasis supplied

14.     During the recent presidential primary the dates allowed for an undeclared voter to change their party affiliation from undeclared to democrat or republican was the "*. . . Tuesday before the first Wednesday in June . .*". However, a memo went out to all cities and towns in New Hampshire by the Secretary of State extending this cut-off date.

15. When this cut-off date was extended beyond June to October by the Secretary of State, the combination of State laws 659:14; 654:34, and 652:11 (as described above) were in-turn followed during this extension of the Federal Presidential primary elections.

16. It is because of this, as a Ballot Clerk, that I question the validity of the Presidential primary elections.

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 5th, DAY OF SEPTEMBER, 2024.**

Respectfully submitted,

*/s/ Lynn-Diane Briggs*

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886

## CERTIFICATE OF SERVICE

I, Lynn-Diane Briggs, Witness, have caused to deliver the named, AFFIDAVIT OF LYNN-DIANE BRIGGS IN SUPPORT OF DAVID AND KAREN TESTERMAN, and the foregoing EXHIBIT A document have been served upon the following Defendants and Plaintiffs, certified mail and U.S. postage pre-paid:

David Scanlan, Defendant
Secretary of State of New Hampshire
C/O: Brendan Avery O'Donnell
NH Department of Justice (Concord)
33 Capitol St
Concord, NH 03301
603-271-3650
Email: brendan.a.odonnell@doj.nh.gov

Chris Ager, Defendant
Chairman
New Hampshire Republican State Committee
10 Water St, Concord, New Hampshire 03301

Karen and David Testerman, Plaintiff, *pro se*
9 Stone Avenue
Franklin, New Hampshire 03235
Karen@KarenTesterman.com
571-220-3344 mobile

**SWORN TO UNDER PAINS AND PENALTIES OF PERJURY THIS 5th, DAY OF SEPTEMBER, 2024.**

Respectfully submitted,

*/s/ Lynn-Diane Briggs*

Lynn-Diane Briggs, Plaintiff, *pro se*
4 Golden Pond Lane
Amherst, New Hampshire 03031
Lynbdance@gmail.com
603-801-6886