# EXHIBIT A

# BALLOT CLERK PROCEDURE - Primary

*Before Voters are allowed in the Voter Check-in (Ballot Clerk) line, a greeter should ask them if they are a registered voter, inform them of the Voter ID law and direct them to the correct line or table: Registered to Vote (Voter Check-in), Not Yet Registered (Voters Register Here), or No Photo ID, Start Here.*

### Before allowing a Voter into the area within the guardrail, the Ballot Clerk Shall:

1. Ask the Voter to announce his or her name, domicile address, AND the name of the party in which he or she is registered.
   - Ask an undeclared Voter desiring to vote in a party primary to announce the name of the party in whose primary he or she wishes to vote. (RSA 659:14)
2. Search the checklist, find the Voter's name and address, and read aloud the Voter's name, domicile, mailing address (if any), and party affiliation as they appear on the checklist. Always read loud enough so challengers present can hear the information.
   - If the Voter's name is on the checklist place a ruler under the Voter's name/address. Make a check mark ✓ in the box beside the correct name. Repeat the name aloud.
   - Direct a Voter whose name is NOT on the checklist, or is reporting a name change to the Supervisors of the Checklist/Registrars.
     - When the voter returns after changing their name, **write the new name in RED INK above the old name of the voter. (See example bottom of page 2)**
     - When the voter returns after registering to vote, **write in the voter's information wherever the Moderator has instructed you to add Election Day Registrations:**
       - **Best Practice is on the last page of the section of the checklist for the first letter of the last name; OR**
       - **On the "New Registered Voters List"**
   
   **Write legibly:**
   - **Party**
   - **Last, first, middle name and suffix, if applicable**
   - **Domicile address**
   - **Write in state abbreviation if they presented an Out-Of-State DL**
   - **Check the CVA box/column if the voter signed a Challenged Voter Affidavit (CVA)**
3. Ask the Voter if the domicile and mailing address (if any) are correct.
   - If the domicile or mailing address is NOT correct, and the current domicile address is within the same town or ward, correct the address(es). **Write the correct address in RED INK above the current address(es).** (RSA 659:13)
   - If the domicile address is NOT correct, and the Voter's current address is <u>NOT</u> within the same town or ward, inform the Voter that he or she is not at the correct polling place. Encourage the Voter to use election day registration to vote at his or her correct polling place. Direct the voter to the Moderator for directions to the correct polling place or if the Voter needs more information.
4. Mark the party choice of an undeclared Voter on the checklist using the first three letters of the name of the party, DEM or REP, in **RED INK, above the UND.** (RSA 654:15)
5. If a Voter registered as a member of a party wishes to change their party on primary day, direct the Voter to the supervisor's table and do not give the Voter a ballot. A voter who changes from one party to the other at the polls may not vote in the primary. (RSA 654:34, I(b))

# BALLOT CLERK PROCEDURE - Primary



**STATE OF NEW HAMPSHIRE - VOTER ID LAW** (RSA 659:13)
**EXPLANATORY DOCUMENT** (RSA 652:26)
**PROOF OF VOTER IDENTITY INSTRUCTIONS** (RSA 658:29-a)

### What type of ID will I need to vote?
- Driver's license issued by any state or federal government;
- Non-driver ID card issued by NH DMV or motor vehicle agency of another state;
- Photo ID card for "voting identification only" issued by NH DMV (RSA 260:21);
- United States armed services identification card;
- United States passport or passcard;
- NH student ID card (see information below);
- A photo ID not mentioned above, but determined to be legitimate by the moderator, supervisors of the checklist, or clerk of a town, ward or city. If any person authorized to challenge a voter does so under this provision, the voter shall be required to fill out a challenged voter affidavit before obtaining a ballot.
- Verification of the voter's identity by a moderator or supervisor of the checklist or clerk of a town, ward or city (not a ballot clerk). If any person authorized to challenge a voter does so under this provision, the voter shall be required to fill out a challenged voter affidavit before obtaining a ballot.

An acceptable photo ID must have an expiration date or date of issuance. The ID will remain valid 5 years beyond the expiration date unless the voter is 65 or older in which case an acceptable photo ID may be used without regard to expiration date. The name on the ID shall substantially conform to the name of the individual on the checklist or voter registration record, but need not be exactly the same.

---

**Student ID cards:**
Acceptable student photo ID cards must be issued by:
- A college, university, or career school approved or licensed to operate in New Hampshire
- A public high school in New Hampshire
- A non-public high school in New Hampshire accredited by a private school accrediting agency that is recognized by the NH Department of Education
- Dartmouth College
- A college or university operated by the university system of New Hampshire or the community college system of New Hampshire

All student ID cards must have an issuance or expiration date that has not been exceeded by more than 5 years. Each August the Commissioner of the Department of Education will provide to the Secretary of State a list of all approved, licensed, and accredited

---

*Questions? - See Poster #5 – State of NH – Voter ID Law for full version posted at your polls.

# BALLOT CLERK PROCEDURE - Primary

6. Request the Voter to present a valid photo ID as listed on page 3 of the "Explanatory Document – Proof of Voter Identity Instructions."
   - Example of a NH driver's license
   - A valid photo identification must show the name and photo of the individual.
     - The name shall substantially conform to the name of the individual on the checklist or voter registration record, but need not be exactly the same.
     - The photo identification shall not have been expired for more than 5 years.
       - Exception: a voter 65 years or older may use an acceptable ID even if it is expired.
7. If the Voter presents an Out-of-State driver's license or non-driver ID, record the two-letter state abbreviation (e.g. VT, MA, ME, NY) in RED INK to the right of the "CVA" box on the checklist.
8. For a registered voter without a photo ID:
   - Ask the voter if the Moderator, Clerk, or any Supervisor knows the voter well enough to verify the voter's identity. If yes, ask that official to verify the voter's identity. If the official verifies identity, mark the checklist as if the voter presented a photo ID. (No additional mark is required.) The law does not authorize Ballot Clerks and Selectmen to verify identity. (RSA RSA 659:13, II (b))
   - If the Moderator, a Supervisor, or Clerk, do not know the voter, send the voter to the "No Photo ID – Start Here" table. He or she must complete a Challenged Voter Affidavit (CVA). (RSA 659:13(c))
9. If the Voter presents a signed "CVA" with an attached photo or a signed "CVA" with an attached "Religious Affidavit" put a check mark ✓ in the box on the checklist in the "CVA" column. (RSA 659:13)
10. Take the signed "CVA" with an attached photo or the signed "CVA" with an attached "Religious Affidavit" from the Voter and place it in the folder or container marked for this purpose.
11. Document issuing a ballot(s) to the voter. Use a ruler or straight edge to mark a single thin line through the last name of the voter on the checklist. This requires a second look at the voter's name and the use of the ruler to ensure the correct name is marked. For example, ~~Jones~~, John. This line should not be so thick that you cannot read the voter's last name. Using both a check mark and single thin line through the last name confirms that the voter both checked in and picked up a ballot. This ensures the accuracy of the record of who voted. (RSA 659:13)
12. Give the Voter the ballot(s) matching the Voter's party on the checklist. (RSA 659:15; 659:38)
13. Once the Voter has the ballot(s), allow the Voter to enter the space enclosed by the guardrail, unless challenged as provided for in RSA 659:27 through 659:32. The Moderator will handle a challenge to a voter.
14. For an absentee voter, in addition to the check mark and the thin line through the last name, mark "**A.V.**" in **RED INK** to the **left of the check box.** (RSA 659:52)
15. It is important to record all the required data on the checklist so that Supervisors can fulfill their duty under law to enter all of the information into the Statewide Voter Registration System (SVRS called Electio*Net*).