UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jorgensen et al

v.

NH Secretary of State et al.

Case # 24cv20-LM-AJ

**EXHIBITS**

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
SEP 06 2024
FILED

**OFFERED BY:** Testerman Plaintiffs

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 101 | Email from Joseph "J.R." Hoell to the Merrimack County Republican Committee members, dated 02/15/2023. |
| 102 | The Minutes of the Annual Meeting, New Hampshire Republican State Committee, dated 01/28/2023. |
| 103 | Resolution #2, as adopted at the Annual Meeting, New Hampshire Republican State Committee, dated 01/28/2023. |
| 104 | Email exchange between Merrimack County Republican Committee ("MCRC") Chairman Karen Testerman to New Hampshire State Republican Committee ("NHRSC") Chairman Chris Ager, dated 10/06/2023, notifying him of his fiduciary obligation to fulfill Resolution #2 as adopted at the Annual Meeting, to notify the Secretary of State that the Republican Party is a "closed" primary. |
| 105 | Email exchange between NHRSC Chair Chris Ager and MCRC Chair Karen Testerman, dated 10/06/2023. |
| 106 | A copy of the IndepthNH news article, dated 10/26/2023, with Secretary of State David Scanlan discussing the upcoming presidential primary. |
| 107 | Email exchange between attorney Norman J. Silber and Secretary of State David Scanlan, dated 10/06/2023, requesting a Right-to-Know response regarding the Republican party's primary status. |
| 108 | Email exchange between Secretary of State David Scanlan and attorney Norman J. Silber, dated 10/09/2023, in response to Attorney Silber's Right-to-Know request. |
| 109 | A copy of the New Hampshire Republican Party Bylaws, as of the filing date of this complaint, 01/22/2024. |
| 110 | A copy of the New Hampshire Republican Party Platform, as of the filing date of this complaint, 01/22/2024. |
| 111 | A copy of the New Hampshire State Convention Organization Committee Report, as of the filing date of this complaint, 01/22/2024. |
| 112 | Ballot Clerk Procedure |

USDCNH-25 (2-96)