IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

J̲ORGENSEN̲, E̲T AL.̲

                                       P̲LAINTIFF̲(S),

v.

                                                                         Case No.  **1:24-cv-00020-LM-AJ**

NH S̲ECRETARY OF̲ S̲TATE̲, E̲T A̲L,

                                       D̲EFENDANT̲(S).

## EMERGENCY MOTION AND APPLICATION FOR LEAVE TO BRING AN INTERLOCUTORY APPEAL OF THIS COURT'S EVIDENTIARY HEARING DATED SEPTEMBER 6, 2024

      NOW COMES Republican primary voters Karen Testerman and NH state Representative David Testerman, (the "Plaintiffs"), in the above captioned matter, pursuant to 28 U.S.C. § 1292(b), and respectfully asks this Court for leave to file an interlocutory appeal of the Court's evidentiary hearing on September 6, 2024, for the following reasons:

1.      On July 18, 2024, the plaintiffs filed for their Third request for injunctive relief, and expedited hearing, well in advance of the anticipated state primary election on September 6, 2024.  ECF 40.

2.      On August 14, 2024, U.S. Magistrate Judge Andrea K. Johnstone issued a procedural order for a preliminary injunctive hearing to be held on September 6, 2024.  Order, dated 08/14/2024, ECF 46.

3.      Among other things, the court instructed the parties to assembly: a single timeline; a single statement of agreed facts; a witness list; and exhibits list; a proposed Findings of Fact and Rulings of Law; and a proposed order.  *Id*.

4.      At the hearing, the magistrate declared that it was an evidentiary hearing, and that the magistrate would issue a recommendation and report, for which the parties would have an additional 14 days in which to object.  28 U.S.C. § 636.

5.      The primary election is now less than four (4) days away, and the plaintiffs will not have received a decision on their emergency motion for injunctive relief within sufficient time for the Secretary of State to respond.

6.      Therefore, the plaintiffs move for leave to file an interlocutory appeal of the evidentiary hearing on September 6, 2024, in so that a decision can be made before the impending election.

                                              Respectfully Submitted,

                                              DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated:  September 6, 2024               By:   /s/ David Testerman
                                              David Testerman, *pro se*
                                              Dave@sanbornhall.net
                                              9 Stone Avenue
                                              Franklin, New Hampshire 03235
                                              (603) 320-9524

                                              KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Dated:  September 6, 2024               By:   /s/ Karen Testerman
                                              Karen Testerman, *pro se*
                                              karen@karentesterman.com
                                              9 Stone Avenue
                                              Franklin, New Hampshire 03235
                                              (603) 934-7111

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com


Dated:  September 6, 2024               /s/ Karen Testerman
                                        Karen Testerman, *pro se*