```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


Jorgensen et al.

        v.                                  No. 24-cv-20-LM-AJ

NH Secretary of State et al.


                   CLERK'S CERTIFICATE TO
                   CIRCUIT COURT OF APPEALS
```

I, Donna Esposito, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 62, 61, 60, 9/6 minute entry

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, September 7, 2024

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Donna Esposito, Deputy Clerk**

**Sep 07, 2024**