UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Testerman, et al

    v.                                                    Case No. 24-cv-20-LM-AJ

NH Secretary of State, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 6, 2024 (Doc. No. 61. For the reasons explained therein, the plaintiffs' third motion for injunctive relief (Doc. No. 40) is denied.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                _____
                                                                 Landya B. McCafferty
                                                                 Chief Judge

Date: September 24, 2024

cc:   David Testerman, pro se
       Karen Testerman, pro se
       Counsel of Record