UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Testerman, et al.

    v.      Case No. 24-cv-20-LM-AJ

NH Secretary of State, et al.

ORDER

After due consideration of the objection filed (Doc. No. 74), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 7, 2024. For the reasons explained therein, the defendants' motions to dismiss (Doc. Nos. 49 and 55) are granted.

The clerk shall enter judgment and close this case.

_____
Landya B. McCafferty
Chief Judge

Date: October 21, 2024

cc:   David Testerman, pro se
      Karen Testerman, pro se
      Counsel of Record