UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Karen Testerman, et al

    v.                                              Case No. 24-cv-20-LM-AJ

NH Secretary of State, et al


## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated October 21, 2024, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone dated October 7, 2024, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                            By the Court:

                                            /s/ Daniel J. Lynch
                                            _____
                                            Daniel J. Lynch
                                            Clerk of Court

Date: October 21, 2024

cc:   Karen Testerman, pro se
       David Testerman, pro se
       Counsel of Record