IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

JORGENSEN, ET AL.

                       PLAINTIFF(S),

v.

                       Case No.  **1:24-cv-00020-LM-AJ**

NH SECRETARY OF STATE, ET AL,

                       DEFENDANT(S).

## NOTICE OF APPEAL

Notice is given that plaintiffs Karen Testerman and David Testerman hereby appeal to the United States Court of Appeals for the First Circuit the October 21st, 2024 order of the New Hampshire District Court, approving the Report and Recommendation of Magistrate Judge Andrea E. Johnstone and granting defendants' motions to dismiss (Doc. No. 48 and 55).

                       Respectfully Submitted,

                       DAVID TESTERMAN, *N.H. State Representative, Merrimack County District 03*

Dated:  October 22, 2024          By:   /s/ David Testerman
                       David Testerman, *pro se*
                       Dave@sanbornhall.net
                       9 Stone Avenue
                       Franklin, New Hampshire 03235
                       (603) 320-9524

                       KAREN TESTERMAN, *both individually and as former New Hampshire Merrimack County Republican Committee (MCRC) Chair*

Notice of Appeal - 1

Dated:  October 22, 2024      By:   /s/ Karen Testerman
     Karen Testerman, *pro se*
     karen@karentesterman.com
     9 Stone Avenue
     Franklin, New Hampshire 03235
     (603) 934-7111

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent by electronic means to:

David Scanlan, Respondent
Secretary of State
ATTENTION: Brendan Avery O'Donnell
Election Law Unit Chief
New Hampshire Department of Justice
1 Granite Place, Concord, NH  03301
brendan.a.odonnell@doj.nh.gov
Telephone: 603-271-3658
Direct Dial: 603-271-1269

Chris Ager, Co-Respondent
Chairman, New Hampshire Republican State Committee
ATTENTION: Demetrio F. Aspiras, III, Esq.
Drummond Woodsum
670 N Commercial St, Ste 207
Manchester, NH 03101-1845
603-792-7414
603-716-2899 (fax)
daspiras@dwmlaw.com

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Ste 600
Portland, ME 04101
207 772-1941
mfranco@dwmlaw.com

Dated:  October 22, 2024       /s/ Karen Testerman
     Karen Testerman, *pro se*