UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 24-cv-00020-LM-AJ

2. TITLE OF CASE: Jorgensen et al v. NH Secretary of State et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Landya McCafferty

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **October 21, 2024**

8. DATE OF NOTICE OF APPEAL: **October 29, 2024**

9. FEE PAID or IFP : YES

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S): and DATES: See certified copy of docket

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL: First Circuit COA, 24-01819

17. SPECIAL COMMENTS: