# United States Court of Appeals
## For the First Circuit

No. 24-1819

DAVID TESTERMAN, NH State Representative, Merrimack County District 03; KAREN TESTERMAN, individually and as Chair of NH Merrimack County Republican Committee (MCRC),

Plaintiffs - Appellants,

PATRICIA JORGENSEN, individually and as Vice-Chair of the Merrimack County Republican Committee (MCRC); NIKKI MCCARTER, NH State Representative, Belknap County District 08,

Plaintiffs,

v.

DAVID SCANLAN, New Hampshire Secretary of State; CHRIS AGER, Chairman, New Hampshire Republican State Committee,

Defendants - Appellees.

**MANDATE**

Entered: December 26, 2024

In accordance with the judgment of November 22, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Demetrio F. Aspiras III, Mark V. Franco, Patricia Jorgensen, Nikki McCarter, Brendan A. O'Donnell, David Testerman, Karen Testerman